Jack Cullen, WSBA #7330
Bryan Glover, WSBA #51045
Andy Morton, WSBA #49467
Ella Vincent, WSBA #51351
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101
Telephone:   (206) 447-4689
Facsimile:   (206) 749-2001
Email:   jc@foster.com
         bryan.glover@foster.com
         andrew.morton@foster.com
         ella.vincent@foster.com
*Attorneys for Debtor Kennewick Public Hospital District*

Chapter: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>Kennewick Public Hospital District,<br><br>                Debtor. | Case No. 17-02025-9<br><br>DEBTOR'S MOTION FOR ORDER (A) DIRECTING AND APPROVING FORM OF NOTICE, (B) SETTING DEADLINE FOR FILING OBJECTIONS TO PETITION, (C) SETTING DEADLINE FOR FILING LIST OF CREDITORS, AND (D) SETTING DEADLINE FOR FILING PROOFS OF CLAIM |

Kennewick Public Hospital District, a Washington public hospital district (d/b/a Trios Health) (the "District" or "Trios") and the debtor in the above-captioned case (the "Chapter 9 Case") files this motion (the "Motion") for entry of an order (the "Order") (a) approving form of notice, (b) setting a deadline for filing objections to the Petition (as defined herein), (c) setting a deadline for filing the

MOTION FOR ORDER DIRECTING AND
APPROVING FORM OF NOTICE OF CASE
COMMENCEMENT AND SETTING
DEADLINES - 1

51597778.12

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

17-02025-FPC9    Doc 14    Filed 06/30/17    Entered 06/30/17 11:21:31    Pg 1 of 10

District's list of creditors, and (d) setting a deadline for filings proofs of claim. In support of this Motion, the District submits the contemporaneously filed Declaration of Craig Cudworth in Support of First Day Pleadings (the "<u>Cudworth Declaration</u>").[1] In further support of this Motion, the District respectfully states as follows:

## I. JURISDICTION

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory bases for the relief requested herein are sections 921, 923, and 924 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "<u>Bankruptcy Code</u>"), rules 1007, 2002(m), 3003(c)(3), 9007, and 9008 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and rule 1007-2 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Washington (the "<u>Local Rules</u>" or "<u>LBR</u>").

## II. BACKGROUND

On June 30, 2017 (the "<u>Petition Date</u>"), the District filed a voluntary petition for relief under chapter 9 of the Bankruptcy Code (the "<u>Petition</u>"). No statutory committee of unsecured creditors has been appointed in this Chapter 9 Case.

---

[1] Capitalized terms used but not otherwise defined in this Motion have the same meanings as ascribed in the Cudworth Declaration.

MOTION FOR ORDER DIRECTING AND APPROVING FORM OF NOTICE OF CASE COMMENCEMENT AND SETTING DEADLINES - 2
51597778.12

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

17-02025-FPC9    Doc 14    Filed 06/30/17    Entered 06/30/17 11:21:31    Pg 2 of 10

Additional information regarding the District's businesses, assets, capital structure, and the circumstances leading to the filing of this Chapter 9 Case is set forth in the Cudworth Declaration.

### III. RELIEF REQUESTED

By this Motion, the District respectfully requests entry of the Order, pursuant to sections 921, 923, and 924 of the Bankuptcy Code, rules 1007, 2002(m), 3003(c)(3), 9007, and 9008 of the Bankruptcy Rules, and rule 1007-2 of the Local Rules, (a) directing and approving form of notice, (b) setting a deadline for filing objections to the Petition, (c) setting a deadline for filing the District's list of creditors, and (d) setting a deadline for filings proofs of claim.

### IV. BASIS FOR RELIEF

**A. Proposed Form, Service, and Publication of Notice of Commencement Satisfies Requirements of Section 923 of the Bankruptcy Code**

Section 923 of the Bankruptcy Code states

> There shall be given notice of the commencement of a case under this chapter, notice of an order for relief under this chapter, and notice of the dismissal of a case under this chapter. Such notice shall also be published at least once a week for three successive weeks in at least one newspaper of general circulation published within the district in which the case is commenced, and in such other newspaper having a general circulation among bond dealers and bondholders as the court designates.

11 U.S.C. § 923.

The requirement to publish notice for (3) three successive weeks "is intended to comply with the requirements of due process." 6 COLLIER ON

MOTION FOR ORDER DIRECTING AND APPROVING FORM OF NOTICE OF CASE COMMENCEMENT AND SETTING DEADLINES - 3

51597778.12

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

17-02025-FPC9    Doc 14    Filed 06/30/17    Entered 06/30/17 11:21:31    Pg 3 of 10

BANKRUPTCY ¶ 923.03 (Alan N. Resnick & Henry J. Sommer eds., 16th ed. 2010); *see also Mullane v. Cent. Hanover Bank & Trust Co.*, 339 U.S. 306, 314 (1950) ("An elementary and fundamental requirement of due process in any proceeding which is to be accorded finality is notice reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections.").

The Bankruptcy Rules further provide for the Court's designation of the form, manner, and time of notice. Bankruptcy Rule 2002(m) states "[t]he court may from time to time enter orders designating the matters in respect to which, the entity to whom, and the form and manner in which notices shall be sent except as otherwise provided by these rules." Fed. R. Bankr. P. 2002(m). Bankruptcy Rule 9007 further provides:

> When notice is to be given under these rules, the court shall designate, if not otherwise specified herein, the time within which, the entities to whom, and the form and manner in which the notice shall be given. When feasible, the court may order any notices under these rules to be combined.

Fed. R. Bankr. P. 9007.

A proposed form of notice (the "Notice") is attached hereto as Exhibit A. As required by Bankruptcy Code section 923, the Notice apprises interested parties of the commencement of the Chapter 9 Case. The Notice also includes notice of the automatic stay, and of deadlines for objecting to the Petition and for filing proofs of claim, and filing of the District's List of Creditors (as defined below), as
MOTION FOR ORDER DIRECTING AND
APPROVING FORM OF NOTICE OF CASE
COMMENCEMENT AND SETTING
DEADLINES - 4
51597778.12

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400 FAX (206) 447-9700

17-02025-FPC9    Doc 14    Filed 06/30/17    Entered 06/30/17 11:21:31    Pg 4 of 10

described below. Further, the Notice alerts interested parties that, if no objection is timely filed, the filing of the Petition will be deemed an order for relief under Chapter 9, and the Notice will be deemed notice of such order for relief. The District respectfully submits this Notice satisfies the requirements of section 923 of the Bankruptcy Code with respect to notice of commencement of a case under Chapter 9 and notice of an order for relief. Accordingly, the District seeks the Court's approval of the Notice pursuant to Bankruptcy Rules 2002(m) and 9007.

Contemporaneously with this Motion, the District has filed a motion requesting the appointment of Garden City Group, LLC as claims and noticing agent ("GCG" or the "Notice Agent") for the Chapter 9 Case. Pursuant to Bankruptcy Rules 2002(m) and 9007, the District requests the Court direct the Notice Agent to serve a copy of the Notice on the matrix of creditors filed by the District pursuant to Local Rule 1007-2(a) (together with any current and former patients identified on any confidential list maintained separately pursuant to any order of the Court, the "Creditor Matrix") within three (3) business days after entry of the Court's Order approving the Notice.

Section 923 of the Bankruptcy Code also requires publication of the notice "in at least one newspaper of general circulation published within the district in which the case is commenced, and in such other newspaper having a general circulation among bond dealers and bondholders as the court designates." 11 U.S.C. § 923. Bankruptcy Rule 9008 states that:

> "Whenever these rules require or authorize service or notice by publication, the court shall, to the extent not

MOTION FOR ORDER DIRECTING AND
APPROVING FORM OF NOTICE OF CASE
COMMENCEMENT AND SETTING
DEADLINES - 5
51597778.12

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

17-02025-FPC9    Doc 14    Filed 06/30/17    Entered 06/30/17 11:21:31    Pg 5 of 10

> otherwise specified in these rules, determine the form and manner thereof, including the newspaper or other medium to be used and the number of publications."

Fed. R. Bankr. P. 9008.

The District believes that the *Tri-City Herald* is a newspaper of general circulation within the Eastern District of Washington and the region in which the District, specifically, is situated. The District further believes that *The Bond Buyer* has a general circulation among bond dealers and bondholders. The District proposes to publish the Notice (a) in the *Tri-City Herald* once a week for three (3) consecutive weeks and (b) once in *The Bond Buyer*, which will also post the Notice for thirty (30) days on its website at http://www.bondbuyer.com/, starting within five (5) business days after the entry of this Order or as soon as practicable thereafter. In addition, the District intends to post the Notice on the Electronic Municipal Market Access Database at www.emma.msrb.com, which will provide further notice to bondholders.

The District respectfully submits that publication and mailing of the Notice in the manner described above serves the purpose of section 923 of the Bankruptcy Code and will provide sufficient notice to all parties in interest in the Chapter 9 Case.

**B.    Deadline for Filing Objections to the Petition**

Section 921 of the Bankruptcy Code states in relevant part:

> (c)  After any objection to the petition, the court, after notice and a hearing, may dismiss the petition if the debtor did not file the petition in good faith or if the petition does not meet the requirements of this title.

MOTION FOR ORDER DIRECTING AND APPROVING FORM OF NOTICE OF CASE COMMENCEMENT AND SETTING DEADLINES - 6

51597778.12

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

17-02025-FPC9    Doc 14    Filed 06/30/17    Entered 06/30/17 11:21:31    Pg 6 of 10

>    (d) If the petition is not dismissed under subsection (c) of this section, the court shall order relief under this chapter notwithstanding section 301(b).

11 U.S.C. § 921.

Section 921(d) of the Bankruptcy Code requires the entry of an order for relief in a chapter 9 case only if the Petition is not dismissed under Section 921(c). Under section 921(c), an objection to the Petition must be filed before the Court may consider dismissal of the Petition. In order to expedite the entry of an order for relief in this Chapter 9 Case (the "Order of Relief"), the District requests that the deadline for filing objections to the Petition be established as July 28, 2017 (the "Eligibility Objection Deadline"), a date that is twenty-eight (28) days after the Petition Date.

The Notice provides notice of the deadline for filing objections to the Petition and provides that if no objection to the Petition is timely filed, the Notice will be deemed notice of the Order for Relief. The District respectfully requests that this Court approve this provision of the Notice.

C.  **Deadline for Filing List of Creditors**

Section 924 of the Bankruptcy Code states that "[t]he debtor shall file a list of creditors." 11 U.S.C. § 924. Bankruptcy Rule 1007(a) also requires the District file a list of creditors: "In a voluntary case, the debtor shall file with the petition a list containing the name and address of each entity included or to be included on Schedules D, E/F, G, and H as prescribed by the Official Forms." Fed. R. Bankr. P.

MOTION FOR ORDER DIRECTING AND APPROVING FORM OF NOTICE OF CASE COMMENCEMENT AND SETTING DEADLINES - 7

51597778.12

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

17-02025-FPC9    Doc 14    Filed 06/30/17    Entered 06/30/17 11:21:31    Pg 7 of 10

1007(a)(1). Bankruptcy Rule 1007(e) provides in relevant part that "[t]he list required by subdivision (a) of this rule shall be filed by the debtor in a chapter 9 municipality case within such time as the court shall fix." Fed. R. Bankr. P. 1007(e). Under section 925 of the Bankruptcy Code, "[a] proof of claim is deemed filed under section 501 of this title for any claim that appears in the list filed under section 924 of this title, except a claim that is listed as disputed, contingent, or unliquidated." 11 U.S.C. § 925.

The District and its counsel are actively engaged in reviewing and analyzing the District's liabilities and expect to complete that process on or before July 21, 2017. The District respectfully requests that this Court set the deadline for filing its list of creditors pursuant to section 924 of the Bankruptcy Code (the "<u>List of Creditors</u>") as July 21, 2017.

**D.  Deadline for Filing Proofs of Claim**

Bankruptcy Rule 3003(c)(3) states

> The court shall fix and for cause shown may extend the time within which proofs of claim or interest may be filed. Notwithstanding the expiration of such time, a proof of claim may be filed to the extent and under the conditions stated in Rule 3002(c)(2), (c)(3), (c)(4), and (c)(6).

Fed. R. Bankr. P. 3003(c)(3).

The District respectfully requests that this Court set the 90th day following entry of an order approving this Motion as the deadline for filing proofs of claim against the District; provided, however, that solely as to governmental units (as that

MOTION FOR ORDER DIRECTING AND APPROVING FORM OF NOTICE OF CASE COMMENCEMENT AND SETTING DEADLINES - 8

51597778.12

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

17-02025-FPC9    Doc 14    Filed 06/30/17    Entered 06/30/17 11:21:31    Pg 8 of 10

term is defined in section 101(27) of the Bankruptcy Code) the District requests that the Court fix the 180th day following entry of an order approving this Motion as the deadline for governmental units to file proofs of claim.

## V. NOTICE

Contemporaneously with the filing of this Motion, the District has filed a motion (the "Initial Hearing Motion") requesting entry of an order (a) shortening time to object, (b) scheduling hearing regarding the District's initial motions, including this Motion, and (c) limiting notice thereof. Following entry of the Court's order on the Initial Hearing Motion, and as directed by that order, the District will serve a notice and copy of this Motion.

## VI. NO PREVIOUS REQUEST

No prior motion for the relief requested herein has been made by the District to this or any other court.

[*Remainder of page intentionally left blank.*]

MOTION FOR ORDER DIRECTING AND
APPROVING FORM OF NOTICE OF CASE
COMMENCEMENT AND SETTING
DEADLINES - 9
51597778.12

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

17-02025-FPC9    Doc 14    Filed 06/30/17    Entered 06/30/17 11:21:31    Pg 9 of 10

WHEREFORE, the District respectfully requests that this Court (a) enter the Order, substantially in the form attached to this Motion as <u>Exhibit A</u>, (i) approving the Notice substantially in the form attached thereto as <u>Schedule 1</u>, (ii) approving the manner of notice by mail and publication set forth in this Motion (iii) setting a deadline for filing objections to the Petition (iv) setting a deadline for filing the District's list of creditors, and (v) setting a deadline for filings proofs of claim, and (b) granting such other and further relief as the Court may deem just and proper.

DATED this 30th day of June, 2017.

FOSTER PEPPER PLLC

By: */s/ Jack Cullen*
Jack Cullen, WSBA #7330
Bryan Glover, WSBA #51045
Andy Morton, WSBA #49467
Ella Vincent, WSBA #51351
*Attorneys for Debtor Kennewick Public Hospital District*

MOTION FOR ORDER DIRECTING AND APPROVING FORM OF NOTICE OF CASE COMMENCEMENT AND SETTING DEADLINES - 10

51597778.12

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400 FAX (206) 447-9700

17-02025-FPC9    Doc 14    Filed 06/30/17    Entered 06/30/17 11:21:31    Pg 10 of 10