**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

In Re:

Kennewick Public Hospital District,

                 Debtor.

Case No. 17-02025-9

AFFIDAVIT OF SERVICE

STATE OF WASHINGTON  )
                             ) ss
COUNTY OF KING        )

I, Emily Young, being duly sworn, depose and state:

     I am an Assistant Director with Garden City Group, LLC, the noticing and claims agent for the debtor (the "Debtor") in the above-captioned proceeding. Our business address is 1531 Utah Avenue South, Suite 600, Seattle, Washington 98134.

     On June 30, 2017, at the direction of Foster Pepper PLLC ("Foster Pepper"), counsel to the Debtor, I caused true and correct copies of the following documents to be served by e-mail on the parties identified on Exhibit A annexed hereto (Initial Notice Parties) and to be served by overnight delivery on the parties identified on Exhibit B annexed hereto (Initial Notice Parties):

- **Notice of and Order (A) Shortening Time to Object and (B) Scheduling Hearing Regarding Debtor's Initial Motions** [Docket No. 26];

- **Voluntary Petition for Non-Individuals Filing for Bankruptcy** [Docket No. 1];

- **Certification of Qualifications under 11 U.S.C. § 109(c)** [Docket No. 2];

- **Motion of Debtor for Entry of Order (A) Shortening Time to Object and (B) Scheduling Hearing Regarding Debtor's Initial Motions** [Docket No. 4];

- **Declaration of Craig Cudworth in Support of First Day Pleadings** [Docket No. 5];

- **Debtor's Motion for Entry of Interim and Final Orders (A) Determining Adequate Assurance of Payment for Future Utility Services, (B) Approving Adequate Assurance Procedures, (C) Prohibiting Utilities from Altering Refusing, or Discontinuing Services,**

1

      and (D) Determining that Debtor is not Required to Provide Additional Adequate Assurance** [Docket No. 6];

- **Debtor's Motion for Order Establishing Case Management Procedures** [Docket No. 8];

- **Debtor's Motion for Order (A) Directing and Approving Form of Notice, (B) Setting Deadline for Filing Objections to Petition, (C) Setting Deadline for Filing List of Creditors, and (D)Setting Deadline for Filing Proofs of Claim** [Docket No. 14];

- **Debtor's Motion for Entry of Order Appointing Garden City Group, LLC as Claims and Noticing Agent** [Docket No. 15];

- **Declaration of Isabel Baumgarten in Support of Debtor's Motion for Entry of Order Appointing Garden City Group, LLC, as Claims and Noticing Agent** [Docket No. 16];

- **Debtor's Motion for Entry of Order Confirming Debtor's Authority to Pay and Honor Employee Wages, Obligations, Payroll Taxes, and Benefits** [Docket No. 18];

- **Debtor's Motion for Entry of Order Authorizing Procedures to Maintain Confidentiality of Patient Information as Required by Privacy Rules** [Docket No. 19]; and

- **Debtor's Motion for Entry of Order Confirming Protections of Sections 362, 365, and 922 of Bankruptcy Code** [Docket No. 20].

                                                  /s/ Emily Young
                                                  Emily Young

Sworn to before me this 5th day of
July, 2016

/s/ Angela R. Hamilton
Angela R. Hamilton
Notary Public, State of Washington
No. 183803
Commission Expires: February 26, 2020

2

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| BAKER & MCKENZIE LLP | ATTN LAURA K CLINTON | 815 CONNECTICUT AVE NW | | | WASHINGTON | DC | 20006 | laura.clinton@bakermckenzie.com |
| C.D. SMITH CONSTRUCTION, INC. | ATTN THOMAS D BAKER | 889 E JOHNSON ST | PO BOX 1006 | | FOND DU LAC | WI | 54935-1006 | tdbaker@cdsmith.com |
| DOC-3730 PLAZA WAY MOB, LLC | C/O PHYSICIANS REALTY LP | ATTN MARK D THEINE | 309 N WATER ST, STE 500 | | MILWAUKEE | WI | 53202 | mdt@docreit.com |
| FORTUNE LAW OFFICE | ATTN MIKE FORTUNE | 101 CAMELOT DR | STE 1 | | FOND DU LAC | WI | 54935 | mfortune@mpfortunelaw.com |
| FOSTER PEPPER PLLC | ATTN JACK CULLEN | 1111 THIRD AVE | STE 3000 | | SEATTLE | WA | 98101 | jc@foster.com |
| FOSTER PEPPER PLLC | ATTN ELLA VINCENT, ESQ. | 1111 THIRD AVE, STE 3000 | | | SEATTLE | WA | 98101 | ella.vincent@foster.com |
| FOSTER PEPPER PLLC | ATTN BRYAN GLOVER, ESQ. | 1111 THIRD AVE, STE 3000 | | | SEATTLE | WA | 98101 | bryan.glover@foster.com |
| FOSTER PEPPER PLLC | ATTN ANDY MORTON, ESQ. | 1111 THIRD AVE, STE 3000 | | | SEATTLE | WA | 98101 | andrew.morton@foster.com |
| FOX ROTHSCHILD LLP | ATTN BRUCE J. BORRUS | 1001 FOURTH AVENUE, SUITE 4500 | | | SEATTLE | WA | 98154-1192 | bborrus@foxrothschild.com |
| FOX ROTHSCHILD LLP | ATTN BRUCE J BORRUS | 1001 FOURTH AVE | STE 4500 | | SEATTLE | WA | 98154-1192 | bborrus@foxrothschild.com |
| KENNEWICK PUBLIC HOSPITAL DISTRICT | ATTN TONY SUDDUTH | 900 S AUBURN ST | PO BOX 6128 | | KENNEWICK | WA | 99336 | tony.sudduth@trioshealth.org |
| KEYBANK LEASING | ATTN SCOTT SCHAFER | 1000 S MCCASLIN BLVD | | | SUPERIOR | CO | 80027 | scott.schafer@key.com |
| KRIEGMAN LAW OFFICE, PLLC | ATTN BRUCE P KRIEGMAN, ESQ. | 600 UNIVERSITY ST, STE 2100 | | | SEATTLE | WA | 98101 | bkriegman@kriegmanlaw.com; sblan@kriegmanlaw.com |
| LANE POWELL PLLC | ATTN BRUCE LEAVERTON | PO BOX 91302 | | | SEATTLE | WA | 98111 | leavertonB@lanepowell.com |
| MUCH SHELIST, P.C. | ATTN JEFFREY A JUNG | 191 NORTH WACKER DR | STE 1800 | | CHICAGO | IL | 60606 | JJung@muchshelist.com |
| PHILIPS MEDICAL CAPITAL LEASING | ATTN CHAS MCALLISTER | 1111 OLD EAGLE SCHOOL RD | | | WAYNE | PA | 19087 | cmcallister@leasedirect.com |
| RYAN SWANSON & CLEVELAND, PLLC | ATTN RICHARD J. HYATT, ESQ. | 1201 THIRD AVE - STE 3400 | | | SEATTLE | WA | 98101-3034 | Hyatt@ryanlaw.com |
| RYAN, SWANSON & CLEVELAND, PLLC | ATTN PAUL MEIER | 1201 THIRD AVE | STE 3400 | | SEATTLE | WA | 98101-3034 | meier@ryanlaw.com |
| SCHWABE WILLIAMSON & WYATT | ATTN LAWRENCE R REAM | US BANK CTR | 1420 FIFTH AVE STE 3400 | | SEATTLE | WA | 98101 | lream@schwabe.com |
| SUMMIT SMITH DEVELOPMENT | ATTN MARK THEDER | 6737 W WASHINGTON ST | STE 3245 | | MILWAUKEE | WI | 53214 | mtheder@summitsmith.com |
| THE OFFICE OF STATE TREASURER | ATTN DEPUTY STATE TREAS. FOR DEBT MGMT | LEGISLATIVE BUILDING | PO BOX 40200, RM 230 | | OLYMPIA | WA | 98504-0200 | watreas@tre.wa.gov |
| UNIVERSITY OF PUGET SOUND | ATTN SHERRY MONDOU | 150 N WARNER ST #1083 | | | TACOMA | WA | 98416 | Nathan.dean@barings.com |
| US SECURITIES & EXCHANGE COMMISSION | ATTN BANKRUPTCY COUNSEL | 44 MONTGOMERY ST | STE 2600 | | SAN FRANCISCO | CA | 94104 | sanfrancisco@sec.gov |
| WASTE MANAGEMENT OF KENNEWICK | P.O. BOX 6088 | ATTN TAMMY | | | KENNEWICK | WA | 99336 | pnwcmservices@wm.com |

# EXHIBIT B

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| BAKER & MCKENZIE LLP | ATTN LAURA K CLINTON | 815 CONNECTICUT AVE NW | | | WASHINGTON | DC | 20006 |
| BANK OF AMERICA, N.A | PO BOX 660576 | | | | DALLAS | TX | 75266-0576 |
| BENTON PUD | P.O. BOX 6270 | | | | KENNEWICK | WA | 99336 |
| BIOMET BIOLOGICS, LLC | | 75 REMITTANCE DR STE 3283 | | | CHICAGO | IL | 60675 |
| BOSTON SCIENTIFIC NEUROMODULATION | PO BOX 951653 | | | | DALLAS | TX | 75395 |
| C.D. SMITH CONSTRUCTION, INC. | ATTN THOMAS D BAKER | 889 E JOHNSON ST | PO BOX 1006 | | FOND DU LAC | WI | 54935-1006 |
| CARDINAL HEALTH, INC. | | 7000 CARDINAL PLACE | | | DUBLIN | OH | 43017 |
| CASCADE NATURAL GAS CORP. | P.O. BOX 990065 | | | | BOISE | ID | 83799 |
| CASCADE NATURAL GAS CORP. | C/O C T CORPORATION SYSTEM | 711 CAPITOL WAY S | STE 204 | | OLYMPIA | WA | 98501-1267 |
| CHARTER COMMUNICATIONS, INC. | P.O. BOX 60188 | | | | LOS ANGELES | CA | 90060 |
| CHARTER COMMUNICATIONS, INC. | C/O CORPORATION SERVICE COMPANY | 300 DESCHUTES WAY SW | STE 304 | | TUMWATER | WA | 98501 |
| CITY OF KENNEWICK | CITY HALL | 210 W 6TH AVE | | | KENNEWICK | WA | 99336 |
| CITY OF RICHLAND | 2700 DUPORTAIL ST, BLDG 100 | PO BOX 190, MS-15 | | | RICHLAND | WA | 99352 |
| COLEMAN OIL | | 335 MILL ROAD | | | LEWISTON | ID | 83501 |
| COLEMAN OIL | C/O KATHIE OTTE | 529 E KENNEWICK AVE | | | KENNEWICK | WA | 99336-4070 |
| COST MANAGEMENT SERVICES | | 2737 78TH AVE. SE | SUITE 203 | | MERCER ISLAND | WA | 98040 |
| COST MANAGEMENT SERVICES | C/O KARL WEISS | 601 UNION ST | STE 2600 | | SEATTLE | WA | 98101 |
| DANIEL R MERKLE P.S. | ATTN DANIEL R MERKLE | 1325 4TH AVE | STE 940 | | SEATTLE | WA | 98101 |
| DELTA HEALTHCARE PROVIDERS | PO BOX 202940 | | | | DALLAS | TX | 75320 |
| DEPUY ORTHOPEDICS, INC. | | 5972 COLLECTIONS CENTER DRIVE | | | CHICAGO | IL | 60693 |
| DEPUY SYNTHES | PO BOX 8538-662 | | | | PHILADELPHIA | PA | 19171 |
| DIRECTV, INC. (AT&T, INC.) | | 208 S. AKARD ST. | | | DALLAS | TX | 75202 |
| DIRECTV, INC. (AT&T, INC.) | C/O CORPORATION SERVICE COMPANY | 300 DESCHUTES WAY SW | STE 304 | | TUMWATER | WA | 98501 |
| DISH NETWORK CORP. | P.O. BOX 94063 | | | | PALATINE | IL | 60094 |
| DISH NETWORK CORP. | C/O CORPORATION SERVICE COMPANY | 300 DESCHUTES WAY SW | STE 304 | | TUMWATER | WA | 98501 |
| DOC-3730 PLAZA WAY MOB, LLC | C/O PHYSICIANS REALTY LP | ATTN MARK D THEINE | 309 N WATER ST, STE 500 | | MILWAUKEE | WI | 53202 |
| EVERBANK COMMERCIAL FINANCE | PO BOX 911608 | | | | DENVER | CO | 80291 |
| FISHER HEALTHCARE | | 13551 COLLECTIONS CENTER DR | | | CHICAGO | IL | 60693 |
| FORTUNE LAW OFFICE | ATTN MIKE FORTUNE | 101 CAMELOT DR | STE 1 | | FOND DU LAC | WI | 54935 |
| FOSTER PEPPER PLLC | ATTN JACK CULLEN | 1111 THIRD AVE | STE 3000 | | SEATTLE | WA | 98101 |
| FOSTER PEPPER PLLC | ATTN ELLA VINCENT, ESQ. | 1111 THIRD AVE, STE 3000 | | | SEATTLE | WA | 98101 |
| FOSTER PEPPER PLLC | ATTN BRYAN GLOVER, ESQ. | 1111 THIRD AVE, STE 3000 | | | SEATTLE | WA | 98101 |
| FOSTER PEPPER PLLC | ATTN ANDY MORTON, ESQ. | 1111 THIRD AVE, STE 3000 | | | SEATTLE | WA | 98101 |
| FOX ROTHSCHILD LLP | ATTN BRUCE J. BORRUS | 1001 FOURTH AVENUE, SUITE 4500 | | | SEATTLE | WA | 98154-1192 |
| FRESENIUS MEDICAL CARE | PO BOX 749959 | | | | LOS ANGELES | CA | 90074 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| FRONTIER COMMUNICATIONS CORP. | | 401 MERRITT 7 | | | NORWALK | CT | 06851 |
| FRONTIER COMMUNICATIONS CORP. | C/O CORPORATION SERVICE COMPANY | 300 DESCHUTES WAY SW | STE 304 | | TUMWATER | WA | 98501 |
| GE HEALTHCARE | PO BOX 96483 | | | | CHICAGO | IL | 60693 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 |
| KELLEY'S TELE-COMMUNICATIONS, INC. | | 8121 W. GRANDRIDGE BLVD. | SUITE C | | KENNEWICK | WA | 99336 |
| KELLEY'S TELE-COMMUNICATIONS, INC. | C/O GERALD SOVEREIGN | 8121 W GRANDRIDGE BLVD | STE C | | KENNEWICK | WA | 99336-7189 |
| KENNEWICK PUBLIC HOSPITAL DISTRICT | ATTN TONY SUDDUTH | 900 S AUBURN ST | PO BOX 6128 | | KENNEWICK | WA | 99336 |
| KENNEWICK WA 2012 LLC | ATTN MARK THEDER | 889 E JOHNSON ST | | | FOND DU LAC | WI | 54935 |
| KEYBANK LEASING | ATTN SCOTT SCHAFER | 1000 S MCCASLIN BLVD | | | SUPERIOR | CO | 80027 |
| KRIEGMAN LAW OFFICE, PLLC | ATTN BRUCE P KRIEGMAN, ESQ. | 600 UNIVERSITY ST, STE 2100 | | | SEATTLE | WA | 98101 |
| LANE POWELL PLLC | ATTN BRUCE LEAVERTON | PO BOX 91302 | | | SEATTLE | WA | 98111 |
| MCKESSON TECHNOLOGIES, INC. | PO BOX 98347 | | | | CHICAGO | IL | 60693 |
| MUCH SHELIST, P.C. | ATTN JEFFREY A JUNG | 191 NORTH WACKER DR | STE 1800 | | CHICAGO | IL | 60606 |
| NORCO, INC. | P.O. BOX 413124 | | | | SALT LAKE CITY | UT | 84141 |
| NORCO, INC. | C/O MIKE CALCATERRA | 6102 E TRENT AVE | | | SPOKANE VALLEY | WA | 99212-1228 |
| NUANCE COMMUNICATIONS | PO BOX 2561 | | | | CAROL STREAM | IL | 60132 |
| NUVASIVE, INC. | C/O COGENCY GLOBAL INC. | 850 NEW BURTON ROAD | SUITE 201 | | DOVER | DE | 19904 |
| OFFICE OF THE UNITED STATES TRUSTEE | EASTERN DISTRICT OF WASHINGTON | ATTN | 920 W RIVERSIDE AVE, STE 593 | | SPOKANE | WA | 99201 |
| ONE WORLD TELECOMMUNICATIONS, INC. | | 415 N. QUAY | BLDG B | | KENNEWICK | WA | 99336 |
| ONE WORLD TELECOMMUNICATIONS, INC. | C/O DONALD R SHORT | 415 N QUAY ST | BLDG B | | KENNEWICK | WA | 99336 |
| OWENS & MINOR INC-PORTLAND | PO BOX 53523 | | | | LOS ANGELES | CA | 90074 |
| OXARC, INC. | P.O. BOX 2605 | | | | SPOKANE | WA | 99220 |
| OXARC, INC. | C/O JANA L NELSON | 4003 E BROADWAY AVE | | | SPOKANE | WA | 99202-4528 |
| PACIFIC LITHOTRIPSY SERVICES | PO BOX 1727 | | | | ROSEBURG | OR | 97470 |
| PFS GROUP | | 2600 NORTH LOOP WEST | SUITE 150 | | HOUSTON | TX | 77092 |
| PHILIPS MEDICAL CAPITAL LEASING | ATTN CHAS MCALLISTER | 1111 OLD EAGLE SCHOOL RD | | | WAYNE | PA | 19087 |
| PHYSICIANS REALTY TRUST | | 309 N. WATER ST., SUITE 500 | | | MILWAUKEE | WI | 53202 |
| RELAYHEALTH | PO BOX 98347 | | | | CHICAGO | IL | 60693 |
| RYAN SWANSON & CLEVELAND, PLLC | ATTN RICHARD J. HYATT, ESQ. | 1201 THIRD AVE - STE 3400 | | | SEATTLE | WA | 98101-3034 |
| RYAN, SWANSON & CLEVELAND, PLLC | ATTN PAUL MEIER | 1201 THIRD AVE | STE 3400 | | SEATTLE | WA | 98101-3034 |
| SCHWABE WILLIAMSON & WYATT | ATTN LAWRENCE R REAM | US BANK CTR | 1420 FIFTH AVE STE 3400 | | SEATTLE | WA | 98101 |
| SMITH & NEPHEW ENDO/ORTHO | PO BOX 785921 | | | | PHILADELPHIA | PA | 19178 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| SPRINT CORP. | C/O CORPORATION SERVICE COMPANY | 300 DESCHUTES WAY SW | STE 304 | | TUMWATER | WA | 98501 |
| SUMMIT SMITH DEVELOPMENT | ATTN MARK THEDER | 6737 W WASHINGTON ST | STE 3245 | | MILWAUKEE | WI | 53214 |
| THE OFFICE OF STATE TREASURER | ATTN DEPUTY STATE TREAS. FOR DEBT MGMT | LEGISLATIVE BUILDING | PO BOX 40200, RM 230 | | OLYMPIA | WA | 98504-0200 |
| TRI-CITIES CHAPLAINCY | | 1480 FOWLER ST | | | RICHLAND | WA | 99352 |
| TRI-CITIES LABORATORY, LLC | C/O PATHOLOGY ASSOC MED LABS | 611 N IRON BRIDGE WAY | BLDG 2, STE 100 | | SPOKANE | WA | 99202 |
| UNIVERSITY OF PUGET SOUND | ATTN SHERRY MONDOU | 150 N WARNER ST #1083 | | | TACOMA | WA | 98416 |
| US BANK NATIONAL ASSOCIATION | ATTN DYAN HUHTA | GLOBAL COPORATE TRUST SERVICES | 1420 FIVE AVE, FL 7 | | SEATTLE | WA | 98101 |
| US SECURITIES & EXCHANGE COMMISSION | ATTN BANKRUPTCY COUNSEL | 44 MONTGOMERY ST | STE 2600 | | SAN FRANCISCO | CA | 94104 |
| VERIZON WIRELESS | P.O. BOX 660108 | | | | DALLAS | TX | 75266 |
| VERIZON WIRELESS | C/O C T CORPORATION SYSTEM | 711 CAPITOL WAY S | STE 204 | | OLYMPIA | WA | 98501-1267 |
| WASHINGTON DEPT. OF HEALTH | RIVER VIEW CORPORATE CTR | STE 1500 | | | SPOKANE VALLEY | WA | 99216 |
| WASHINGTON HEALTH CARE AUTHORITY | | 626 8TH AVE SE | | | OLYMPIA | WA | 98501 |
| WASHINGTON STATE ATTORNEY GENERAL | ATTN BANKRUPTCY & COLLECTIONS UNIT | 800 FIFTH AVE | STE 2000 | | SEATTLE | WA | 98104 |
| WASTE MANAGEMENT OF KENNEWICK | P.O. BOX 6088 | ATTN TAMMY | | | KENNEWICK | WA | 99336 |
| WM HEALTHCARE SOLUTIONS, INC. | | 8111 1ST AVE. SOUTH | | | SEATTLE | WA | 98108 |
| WM HEALTHCARE SOLUTIONS, INC. | C/O C T CORPORATION SYSTEM | 711 CAPITOL WAY S | STE 204 | | OLYMPIA | WA | 98501-1267 |
| ZIMMER US, INC. | | 14235 COLLECTIONS CENTER DRIVE | | | CHICAGO | IL | 60693 |