Jack Cullen, WSBA #7330
Bryan Glover, WSBA #51045
Andy Morton, WSBA #49467
Ella Vincent, WSBA #51351
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101
Telephone:    (206) 447-4689
Facsimile:    (206) 749-2001
Email:        jc@foster.com
              bryan.glover@foster.com
              andrew.morton@foster.com
              ella.vincent@foster.com
*Attorneys for Debtor Kennewick Public Hospital District*

The Honorable Frederick P. Corbit
Chapter: 9

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In Re: | Case No. 17-02025-9 |
|---|---|
| Kennewick Public Hospital District,<br><br>Debtor. | AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS |

Below is the amended list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Federal Rule of Bankruptcy Procedure 1007(d) for filing in this chapter 9 case. The list does not include (a) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (b) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

AMENDED LIST OF CREDITORS
HOLDING 20 LARGEST UNSECURED
CLAIMS - 1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

51619283.1

17-02025-FPC9    Doc 40    Filed 07/06/17    Entered 07/06/17 14:14:57    Pg 1 of 3

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone, number and email address of creditor contact | (3)<br>Nature of claim | (4)<br>Indicate if claim is contingent, unliquidated, or disputed | (5)<br>Amount of claim |
|---|---|---|---|---|
| NORIDIAN ADMINISTRATIVE SERVICES<br>PO BOX 6730<br>FARGO, ND 58103 | | Noteholder | | $2,027,029.01 |
| MCKESSON TECHNOLOGIES INC.<br>PO BOX 98347<br>CHICAGO, IL 60693 | | Vendor | | $1,201,161.48 |
| BOSTON SCIENTIFIC NEUROMODULATION<br>PO BOX 951653<br>DALLAS, TX 75395 | | Vendor | | $584,321.52 |
| KRAFT PARTNERS LLC<br>552 WOODCLIFF HEIGHTS DRIVE<br>WILDWOOD, MO 63011<br><br>AND<br><br>KRAFT PARTNERS LLC<br>13421 MANCHESTER ROAD, SUITE 103<br>ST. LOUIS, MO 63131<br>ATTN: THE BECKEMEIER LAW FIRM, LC | | Noteholder | | $444,444.44 |
| DEPUY ORTHOPAEDICS, INC.<br>5972 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | | Vendor | | $396,094.60 |
| SMITH & NEPHEW ENDO/ORTHO<br>PO BOX 785921<br>PHILADELPHIA, PA 19178 | | Vendor | | $346,331.84 |
| RELAYHEALTH<br>PO BOX 98347<br>CHICAGO, IL 60693 | | Vendor | | $340,236.58 |
| CARDINAL HEALTH, INC.<br>7000 CARDINAL PLACE<br>DUBLIN, OH 43017 | | Vendor | | $318,589.61 |
| RAYMOND E. AND CATHY A. KANIA<br>10216 MAPLE DRIVE<br>PASCO, WA 99301 | | Noteholder | | $311,881.65 |
| ZIMMER US, INC.<br>14235 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | | Vendor | | $196,190.09 |
| OWENS & MINOR INC. - PORTLAND<br>PO BOX 53523<br>LOS ANGELES, CA 90074 | | Vendor | | $192,480.06 |
| BIOMET BIOLOGICS, LLC<br>75 REMITTANCE DR STE 3283<br>CHICAGO, IL 60675 | | Vendor | | $182,281.45 |

AMENDED LIST OF CREDITORS
HOLDING 20 LARGEST UNSECURED
CLAIMS - 2

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400 FAX (206) 447-9700

51619283.1

17-02025-FPC9    Doc 40    Filed 07/06/17    Entered 07/06/17 14:14:57    Pg 2 of 3

| | | | |
|---|---|---|---|
| NUANCE COMMUNICATIONS<br>PO BOX 2561<br>CAROL STREAM, IL 60132 | Vendor | | $166,460.84 |
| NUVASIVE, INC.<br>C/O COGENCY GLOBAL INC.<br>850 NEW BURTON ROAD SUITE 201<br>DOVER, DE 19904 | Vendor | | $149,437.87 |
| DEPUY SYNTHES<br>PO BOX 8538-662<br>PHILADELPHIA, PA 19171 | Vendor | | $113,306.31 |
| GE HEALTHCARE<br>PO BOX 96483<br>CHICAGO, IL 60693 | Vendor | | $96,178.39 |
| FISHER HEALTHCARE<br>13551 COLLECTIONS CENTER DR.<br>CHICAGO, IL 60693 | Vendor | | $92,663.80 |
| TRI-CITIES CHAPLAINCY<br>1480 FOWLER ST.<br>RICHLAND, WA 99352 | Vendor | | $91,180.53 |
| PACIFIC LITHOTRIPSY SERVICES<br>PO BOX 1727<br>ROSEBURG, OR 97470 | Vendor | | $87,506.00 |
| NORTHWEST MEDSTAR<br>PO BOX 469<br>SPOKANE, WA 99210 | Vendor | | $79,073.25 |

DATED this 6th day of July, 2017.

FOSTER PEPPER PLLC


By: */s/ Eleanor Vincent*
    Jack Cullen, WSBA #7330
    Bryan Glover, WSBA #51045
    Andy Morton, WSBA #49467
    Ella Vincent, WSBA #51351
    *Attorneys for Debtor Kennewick Public Hospital District*

AMENDED LIST OF CREDITORS
HOLDING 20 LARGEST UNSECURED
CLAIMS - 3

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400 FAX (206) 447-9700

51619283.1

17-02025-FPC9    Doc 40    Filed 07/06/17    Entered 07/06/17 14:14:57    Pg 3 of 3