Jack Cullen, WSBA #7330
Bryan Glover, WSBA #51045
Andy Morton, WSBA #49467
Ella Vincent, WSBA #51351
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101
Telephone: (206) 447-4689
Facsimile: (206) 749-2001
Email: jc@foster.com
bryan.glover@foster.com
andrew.morton@foster.com
ella.vincent@foster.com

*Attorneys for Debtor Kennewick Public Hospital District*

The Honorable Frederick P. Corbit
Chapter: 9

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In Re:<br><br>Kennewick Public Hospital District,<br><br>Debtor. | Case No. 17-02025-9<br><br>NOTICE OF FILING OF AMENDED LIST OF UTILITY PROVIDERS |
|---|---|

On June 30, 2017 (the "Petition Date"), Kennewick Public Hospital District, a Washington public hospital district (d/b/a Trios Health) (the "District") and the debtor in the above-captioned case filed a voluntary petition for relief under chapter 9 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code") in the Bankruptcy Court for the Eastern District of Washington.

Also on the Petition Date, the District filed the *Debtor's Motion for Entry of Interim and Final Orders (a) Determining Adequate Assurance of Payment for*

NOTICE OF AMENDED UTILITIES
SERVICE LIST - 1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400 FAX (206) 447-9700

51619952.1

17-02025-FPC9   Doc 41   Filed 07/06/17   Entered 07/06/17 17:01:21   Pg 1 of 5

*Future Utility Services, (b) Approving Adequate Assurance Procedures, (c) Prohibiting Utilities From Altering, Refusing, or Discontinuing Services, and (d) Determining That Debtor is Not Required to Provide Additional Adequate Assurance* [ECF No. 6] (the "Utilities Motion").[1] The Utilities Motion included a Utility Service List (as attached at Exhibit A to the Utilities Motion, the "Original Utility Service List"), listing the District's Utility Providers.

Attached hereto as Exhibit A is an Amended Utility Service List, which supersedes the Original Utility Service List and which adds CenturyLink Communications, LLC as a Utility Provider for purposes of the relief sought by the Utilities Motion.

Consistent with the relief sought by the Utilities Motion, the District has caused this notice, a copy of the Utilities Motion (including the proposed Order attached to the Utilities Motion), and notice of the Court's *Order (a) Shortening Time to Object and (b) Scheduling Hearing Regarding Debtor's Initial Motion* [ECF No. 26] to be served by overnight courier on CenturyLink Communications, LLC. The District respectfully submits that no other or further notice is required or necessary.

[*Remainder of page intentionally left blank.*]

---

[1] Capitalized terms used but not otherwise defined herein have the same meanings as ascribed in the Utilities Motion.

NOTICE OF AMENDED UTILITIES SERVICE LIST - 2

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

51619952.1

17-02025-FPC9    Doc 41    Filed 07/06/17    Entered 07/06/17 17:01:21    Pg 2 of 5

1  DATED this 6th day of July, 2017.

2                                           FOSTER PEPPER PLLC

3

4                                  By: */s/ Jack Cullen*
                                       Jack Cullen, WSBA #7330
5                                      Bryan Glover, WSBA #51045
                                       Andy Morton, WSBA #49467
6                                      Ella Vincent, WSBA #51351
                                       *Attorneys for Debtor Kennewick Public*
7                                      *Hospital District*

NOTICE OF AMENDED UTILITIES
SERVICE LIST - 3

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

51619952.1

# Exhibit A

## Amended Utility Service List

| Utility Provider | Provider Address | Type of Service |
|---|---|---|
| Charter Communications, Inc. | Corporation Service Company<br>300 Deschutes Way SW, Suite 304<br>Tumwater, WA 98501 | Cable |
| DirecTV, Inc. (AT&T, Inc.) | Corporation Service Company<br>300 Deschutes Way SW, Suite 304<br>Tumwater, WA 98501 | Cable |
| DISH Network Corp. | Corporation Service Company<br>300 Deschutes Way SW, Suite 304<br>Tumwater, WA 98501 | Cable |
| Benton PUD | P.O. Box 6270<br>Kennewick, WA 99336 | Electricity |
| Cascade Natural Gas Corp. | CT Corporation System<br>711 Capitol Way S., Suite 204<br>Olympia, WA 98501 | Gas |
| Norco, Inc. | Mike Calcaterra<br>6102 E. Trent Ave.<br>Spokane Valley, WA 99212 | Gas |
| Oxarc, Inc. | Jana L. Nelson<br>4003 E. Broadway Ave.<br>Spokane, WA 99202 | Gas |
| Coleman Oil | Kathie Otte<br>529 E. Kennewick Ave.<br>Kennewick, WA 99336 | Oil |
| Frontier Communications Corp. | Corporation Service Company<br>300 Deschutes Way SW, Suite 304<br>Tumwater, WA 98501 | Telecom |
| Kelley's Tele-communications, Inc. | Gerald Sovereign<br>8121 W. Grandridge Blvd., Suite C<br>Kennewick, WA 99336 | Telecom |
| One World Telecommunications, Inc. | Donald R. Short<br>415 N. Quay, Bldg. B<br>Kennewick, WA 99336 | Telecom |
| Verizon Wireless | CT Corporation System<br>711 Capitol Way S., Suite 204<br>Olympia, WA 98501 | Telecom |

EXHIBIT A – AMENDED UTILITY SERVICE LIST

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400   FAX (206) 447-9700

51619952.1

17-02025-FPC9    Doc 41    Filed 07/06/17    Entered 07/06/17 17:01:21    Pg 4 of 5

| Utility Provider | Provider Address | Type of Service |
|---|---|---|
| CenturyLink Communications, LLC | CT Corporation System<br>711 Capitol Way S., Suite 204<br>Olympia, WA 98501 | Telecom |
| City of Kennewick | 210 W. 6th Avenue<br>Kennewick, WA 99336 | Water |
| City of Richland | 2700 Duportail Street, Bldg. 100<br>P.O Box 190, MS-15<br>Richland, WA 99352 | Water |
| Cost Management Services | Karl Weiss<br>601 Union St., Suite 2600<br>Seattle, WA 98101 | Natural Gas |
| Waste Management of Kennewick | P.O. Box 6088<br>Attn: Tammy<br>Kennewick, WA 99336 | Waste |
| WM Healthcare Solutions, Inc. | CT Corporation System<br>711 Capitol Way S., Suite 204<br>Olympia, WA 98501 | Medical Waste |

EXHIBIT A – AMENDED UTILITY SERVICE LIST

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

51619952.1

17-02025-FPC9    Doc 41    Filed 07/06/17    Entered 07/06/17 17:01:21    Pg 5 of 5