So Ordered.

Dated: July 13th, 2017

Frederick P. Corbit
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| In Re: | Case No. 17-02025-9 |
|---|---|
| Kennewick Public Hospital District,<br><br>Debtor. | ORDER CONFIRMING PROTECTIONS OF SECTIONS 362, 365, AND 922 OF BANKRUPTCY CODE |

Upon the motion (the "<u>Motion</u>")[1] of Kennewick Public Hospital District, a Washington public hospital district (d/b/a Trios Health) (the "<u>District</u>" or "<u>Trios</u>") and the debtor in the above-captioned chapter 9 case (the "<u>Chapter 9 Case</u>"), for entry of an order, pursuant to section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "<u>Bankruptcy Code</u>"), confirming the protections of sections 362, 365, and 922 of the Bankruptcy Code; and upon the Cudworth Declaration; and it appearing that this Court has jurisdiction over this

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings as ascribed in the Motion.

ORDER CONFIRMING PROTECTIONS
OF SECTIONS 362, 365, AND 922 OF
BANKRUPTCY CODE - 1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

51620184.1

17-02025-FPC9    Doc 66    Filed 07/13/17    Entered 07/13/17 13:44:15    Pg 1 of 6

matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion appearing adequate and appropriate under the circumstances; and the Court having found that no other or further notice is needed or necessary; and the Court having reviewed the Motion and the Cudworth Declaration and having heard statements in support of the Motion at a hearing held before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted in this Order; and it appearing, and the Court having found, that the relief requested in the Motion is in the best interests of the District, its creditors, and other parties in interest; and any objections to the relief requested in the Motion having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** that:

1. The Motion is GRANTED.

2. Pursuant to section 362(a) of the Bankruptcy Code, and subject to any exceptions thereto or other rights or defenses a party may have under applicable law, including the Bankruptcy Code, all persons (including individuals, partnerships, corporations, limited liability companies, and all those acting for or on their behalf), all foreign or domestic governmental units, and all other entities

ORDER CONFIRMING PROTECTIONS
OF SECTIONS 362, 365, AND 922 OF
BANKRUPTCY CODE - 2

51620184.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

17-02025-FPC9    Doc 66    Filed 07/13/17    Entered 07/13/17 13:44:15    Pg 2 of 6

(and all those acting for or on their behalf) are hereby stayed, restrained, and enjoined from:

    a. commencing or continuing any judicial, administrative, or other proceeding against the District, including the issuance or employment of process, that was or could have been commenced before the District's Chapter 9 Case was commenced;

    b. enforcing, against the District or the District's property, any judgment obtained before the District's Chapter 9 Case was commenced;

    c. recovering a claim against the District that arose before the commencement of its Chapter 9 Case;

    d. taking any action to obtain possession of property of or from the District;

    e. taking any action to create, perfect, or enforce any lien against property of the District, to the extent that such lien secures a claim that arose before the commencement of the District's Chapter 9 Case;

    f. taking any action to collect, assess, or recover a claim against the District that arose before the commencement of its Chapter 9 Case; and

    g. offsetting any debt owing to the District that arose before the commencement of its Chapter 9 Case against any claim against the District.

*See* 11 U.S.C. § 362(a).

3. All entities, including all persons and foreign and domestic governmental units, and all those acting on their behalf, including sheriffs, marshals, constables, and other or similar law enforcement officers and officials

ORDER CONFIRMING PROTECTIONS OF SECTIONS 362, 365, AND 922 OF BANKRUPTCY CODE - 3

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400 FAX (206) 447-9700

51620184.1

17-02025-FPC9   Doc 66   Filed 07/13/17   Entered 07/13/17 13:44:15   Pg 3 of 6

are stayed, restrained, and enjoined from in any way seizing, attaching, foreclosing upon, levying against, or taking any action to obtain possession or control over any and all property of the District, wherever located.

4. Pursuant to section 922(a) of the Bankruptcy Code, and subject to any exceptions thereto or other rights or defenses a party may have under applicable law, including the Bankruptcy Code, all persons (including individuals, partnerships, corporations, limited liability companies, and all those acting for or on their behalf), all foreign or domestic governmental units, and all other entities (and all those acting for or on their behalf) are hereby stayed, restrained, and enjoined from:

   a. commencing or continuing a judicial, administrative, or other action or proceeding against an officer or inhabitant of the District, including the issuance or employment of process, that seeks to enforce a claim against the District; and

   b. enforcing a lien on or arising out of taxes or assessments owed to the District.

*See* 11 U.S.C. § 922.

5. For the avoidance of doubt, the protections of section 922(a)(1) of the Bankruptcy Code with respect to officers and inhabitants of the District, as set forth in paragraph 4(a) above, apply in all respects to the officers of the District, in both their official and personal capacities with respect to actions whereby parties pursuing such actions seek to enforce claims against the District.

6. Pursuant to and solely to the extent provided by section 365 of the Bankruptcy Code, and subject to the other provisions of the Bankruptcy Code, all

ORDER CONFIRMING PROTECTIONS
OF SECTIONS 362, 365, AND 922 OF
BANKRUPTCY CODE - 4

51620184.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

17-02025-FPC9    Doc 66    Filed 07/13/17    Entered 07/13/17 13:44:15    Pg 4 of 6

persons (including individuals, partnerships, corporations, limited liability companies, and all those acting for or on their behalf), all foreign or domestic governmental units, and all other entities (and all those acting for or on their behalf) are hereby prohibited from modifying or terminating any executory contract or unexpired lease of the District, or any right or obligation under such contract or lease of the District, at any time after the commencement of the District's Chapter 9 Case solely because of a provision in such contract or lease that is conditioned on:

    a. the insolvency or financial condition of the District at any time before the closing of the District's Chapter 9 Case; or

    b. the commencement of the District's Chapter 9 Case.

*See* 11 U.S.C. § 365(e)(1). For the avoidance of doubt, the protections of Bankruptcy Code section 365(e)(2) shall continue to apply in all respects.

7. Pursuant to and solely to the extent provided by sections 362 and 365 of the Bankruptcy Code, and subject to the other provisions of the Bankruptcy Code, the District's counterparties to any executory contract or unexpired lease shall continue to perform their obligations under such contract or lease until such contract or lease is assumed or rejected by the District or otherwise expires by its own terms.

8. Nothing in this Order shall affect the substantive rights of any party. Nothing in this Order shall affect the exceptions to the automatic stay contained in sections 362(b) and 922(d) of the Bankruptcy Code or the right of any party in

ORDER CONFIRMING PROTECTIONS
OF SECTIONS 362, 365, AND 922 OF
BANKRUPTCY CODE - 5

51620184.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

17-02025-FPC9    Doc 66    Filed 07/13/17    Entered 07/13/17 13:44:15    Pg 5 of 6

interest to seek relief from the automatic stay in accordance with section 362(d) of the Bankruptcy Code.

9. In no event shall this Order be interpreted as modifying, expanding, or eliminating the terms of the Bankruptcy Code or imposing any restriction on parties in interest other than as set forth in the Bankruptcy Code, nor shall the entry of this Order modify, expand, or alter any party's liability for any violation of the Automatic stay that such party would have incurred had this Order not been entered.

10. Notwithstanding any applicability of any of the Federal Rules of Bankruptcy Procedure, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

11. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, enforcement, or interpretation of this Order.

///END OF ORDER///

PRESENTED BY:
FOSTER PEPPER PLLC

By: */s/ Jack Cullen*
    Jack Cullen, WSBA #7330
    Bryan Glover, WSBA #51045
    Andy Morton, WSBA #49467
    Ella Vincent, WSBA #51351
    *Attorneys for Debtor Kennewick Public Hospital District*

ORDER CONFIRMING PROTECTIONS OF SECTIONS 362, 365, AND 922 OF BANKRUPTCY CODE - 6

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

51620184.1

17-02025-FPC9    Doc 66    Filed 07/13/17    Entered 07/13/17 13:44:15    Pg 6 of 6