**So Ordered.**

**Dated: July 13th, 2017**

Frederick P. Corbit
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

Kennewick Public Hospital District,

    Debtor.

Case No. 17-02025-9

ORDER (A) DIRECTING AND APPROVING FORM OF NOTICE, (B) SETTING DEADLINE FOR FILING OBJECTIONS TO PETITION, AND (C) SETTING DEADLINE FOR FILING LIST OF CREDITORS

Upon the motion (the "Motion")[1] of Kennewick Public Hospital District, a Washington public hospital district (d/b/a Trios Health) (the "District" or "Trios") and the debtor in the above-captioned chapter 9 case (the "Chapter 9 Case"), for entry of an order, pursuant to sections 921, 923, and 924 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), rules

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings as ascribed in the Motion.

ORDER DIRECTING AND APPROVING
FORM OF NOTICE OF CASE
COMMENCEMENT AND SETTING
DEADLINES - 1

51597789.10

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

17-02025-FPC9    Doc 69    Filed 07/13/17    Entered 07/13/17 14:52:03    Pg 1 of 8

1007, 2002(m), 3003(c)(3), 9007, and 9008 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 1007-2 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Washington (the "Local Rules" or "LBR"), (a) approving form of notice, (b) setting a deadline for filing objections to the Petition, (c) setting a deadline for filing the District's list of creditors, and (d) setting a deadline for filings proofs of claim; and upon the Cudworth Declaration; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion appearing adequate and appropriate under the circumstances; and the Court having found that no other or further notice is needed or necessary; and the Court having reviewed the Motion and the Cudworth Declaration and having heard statements in support of the Motion at a hearing held before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted in this Order; and it appearing, and the Court having found, that the relief requested in the Motion, to the extent granted by this Order, is in the best interests of the District, its creditors, and other parties in interest; and any objections to the relief requested in the Motion having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** that:

ORDER DIRECTING AND APPROVING
FORM OF NOTICE OF CASE
COMMENCEMENT AND SETTING
DEADLINES - 2
51597789.10

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

17-02025-FPC9    Doc 69    Filed 07/13/17    Entered 07/13/17 14:52:03    Pg 2 of 8

1. The Motion is GRANTED to the extent set forth in this Order.

2. The form of notice more particularly described in the Motion and attached to this Order as Schedule 1 (the "Notice") is approved pursuant to section 923 of the Bankruptcy Code.

3. Garden City Group, LLC ("GCG" or the "Notice Agent"), the noticing agent for this Chapter 9 Case, is directed to mail a copy of the Notice to the parties identified on the District's creditor matrix filed pursuant to Local Rule 1007-2(a) (together with any current and former patients identified on any confidential list maintained separately pursuant to any order of the Court, the "Creditor Matrix") within three (3) business days after entry of this Order.

4. The District shall file its list of creditors pursuant to section 924 of the Bankruptcy Code (the "List of Creditors") on or before July 21, 2017.

5. Starting within five (5) business days after the entry of this Order or as soon as practicable thereafter, the District shall cause the Notice to be published (a) in the *Tri-City Herald* once a week for three (3) consecutive weeks and (b) once in *The Bond Buyer*, which will also post the Notice for thirty 30 days on its website at http://www.bondbuyer.com/. In addition, in its discretion, the District may post the Notice on the Electronic Municipal Market Access database at www.emma.msrb.com. The District may modify the Notice to the extent necessary or appropriate to conform the Notice to publication, and may reformat the Notice to minimize the number of pages for service.

ORDER DIRECTING AND APPROVING
FORM OF NOTICE OF CASE
COMMENCEMENT AND SETTING
DEADLINES - 3
51597789.10

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400 FAX (206) 447-9700

17-02025-FPC9   Doc 69   Filed 07/13/17   Entered 07/13/17 14:52:03   Pg 3 of 8

6. The service and publication of the Notice in accordance with this Order provides sufficient notice of the District's case and satisfies the requirements of section 923 of the Bankruptcy Code.

7. Any objections to the District's petition (the "Petition") must be filed with the Court by no later than July 28, 2017 (the "Eligibility Objection Deadline"). In the absence of any timely filed objections to the Petition, or in the event that such an objection is filed but subsequently overruled, the Notice shall be deemed notice of the Order for Relief pursuant to section 921(d) of the Bankruptcy Code.

8. The District is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

9. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, enforcement, or interpretation of this Order.

///END OF ORDER///

PRESENTED BY:
FOSTER PEPPER PLLC

By: */s/ Jack Cullen*
Jack Cullen, WSBA #7330
Bryan Glover, WSBA #51045
Andy Morton, WSBA #49467
Ella Vincent, WSBA #51351
*Attorneys for Debtor Kennewick Public Hospital District*

ORDER DIRECTING AND APPROVING FORM OF NOTICE OF CASE COMMENCEMENT AND SETTING DEADLINES - 4
51597789.10

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

17-02025-FPC9    Doc 69    Filed 07/13/17    Entered 07/13/17 14:52:03    Pg 4 of 8

# Schedule 1

## Notices of Chapter 9 Case Commencement and Deadlines

NOTICES REGARDING CHAPTER 9
CASE COMMENCEMENT AND
DEADLINES

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

51597789.10

17-02025-FPC9    Doc 69    Filed 07/13/17    Entered 07/13/17 14:52:03    Pg 5 of 8

| | |
|---|---|
| Jack Cullen, WSBA #7330<br>Bryan Glover, WSBA #51045<br>Andy Morton, WSBA #49467<br>Ella Vincent, WSBA #51351<br>FOSTER PEPPER PLLC<br>1111 Third Avenue, Suite 3000<br>Seattle, Washington 98101<br>Telephone:     (206) 447-4689<br>Facsimile:      (206) 749-2001<br>Email:           jc@foster.com<br>                    bryan.glover@foster.com<br>                    andrew.morton@foster.com<br>                    ella.vincent@foster.com<br>*Attorneys for Debtor Kennewick<br>Public Hospital District* | Chapter: 9 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>Kennewick Public Hospital District,<br><br>                                        Debtor. | Case No. 17-02025-9<br><br>NOTICE OF COMMENCEMENT OF CASE UNDER CHAPTER 9, NOTICE OF AUTOMATIC STAY, NOTICE OF DEADLINE FOR FILING OBJECTIONS TO THE PETITION, AND NOTICE OF RELATED ORDERS |

TO CREDITORS AND OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN THAT:

1. **Commencement of a Case Under Chapter 9**. Kennewick Public Hospital District, a Washington public hospital district (d/b/a Trios Health) (the "District" or "Trios") filed its voluntary petition under chapter 9 of the United States Bankruptcy Code (the "Petition") on June 30, 2017 (the "Petition Date"). The District is established in Benton County as a "public hospital district," a form

NOTICES REGARDING CHAPTER 9
CASE COMMENCEMENT AND
DEADLINES - 1

51597789.10

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

17-02025-FPC9    Doc 69    Filed 07/13/17    Entered 07/13/17 14:52:03    Pg 6 of 8

of municipal corporation authorized under Chapter 44 of Title 70 of the Revised Code of Washington.

2. **Automatic Stay**. The filing of the Petition operates as a stay, applicable to all entities, of, among other things, the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action against the District or against an officer or inhabitant of the District that seeks to enforce a claim against the District, the enforcement of a lien on or arising out of taxes or assessments owed by the District, and certain other acts and proceedings against the District or its property as provided in 11 U.S.C. §§ 362 and 922. The Court has entered an order (the "Stay and Contract Protections Order") containing additional information confirming and detailing the protections of 11 U.S.C. §§ 362 and 922, regarding the automatic stay, and the protections of 11 U.S.C. § 365, regarding the anti-termination and anti-modification provisions applicable to executory contracts and unexpired leases. Parties in interest are encouraged to consult with counsel and review the Stay and Contract Protections Order by accessing (a) the website maintained by Garden City Group, LLC ("GCG" or the "Notice Agent") at http://cases.gardencitygroup.com/kphd/ or (b) PACER on the Court's website at http://www.waeb.uscourts.gov/ for a nominal fee. Paper copies of all pleadings filed in this Chapter 9 Case may be available from the Court.

3. **Deadline for Filing Objections to the Petition**. Objections to the Petition may be filed by a creditor or party in interest by no later than July 28,

NOTICES REGARDING CHAPTER 9
CASE COMMENCEMENT AND
DEADLINES - 2

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

51597789.10

17-02025-FPC9    Doc 69    Filed 07/13/17    Entered 07/13/17 14:52:03    Pg 7 of 8

2017 (the "Eligibility Objection Deadline").  Any such objection shall state the facts and legal authorities relied on in support of such objection; and shall be filed with the Bankruptcy Court and served on the following parties by the Eligibility Objection Deadline:  (a) the District at 900 South Auburn Street, P.O. Box 6128, Kennewick, WA 99336 (Attn: Tony Sudduth, Chief Financial Officer); and (b) counsel to the District at Foster Pepper PLLC, 1111 Third Avenue, Suite 3000, Seattle, WA 98101 (Attn: Jack Cullen).  If a timely objection is filed and served, a hearing will be held on the objection upon notice to parties in interest of such hearing.

4. **Order for Relief**.  If no objection to the Petition is timely filed, the filing of the Petition shall be deemed an Order for Relief under Chapter 9 and this notice shall be deemed notice of such Order for Relief.

5. **List of Creditors**.  The District will file a list of creditors (the "List of Creditors") pursuant to section 924 of the Bankruptcy Code on or before July 21, 2017.

DATED this ___ day of July, 2017.

FOSTER PEPPER PLLC


By:_____
Jack Cullen, WSBA #7330
Bryan Glover, WSBA #51045
Andy Morton, WSBA #49467
Ella Vincent, WSBA #51351
*Attorneys for Debtor Kennewick Public Hospital District*

NOTICES REGARDING CHAPTER 9
CASE COMMENCEMENT AND
DEADLINES - 3

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

51597789.10

17-02025-FPC9    Doc 69    Filed 07/13/17    Entered 07/13/17 14:52:03    Pg 8 of 8