UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| In Re: | Case No. 17-02025-9 |
|---|---|
| Kennewick Public Hospital District,<br><br>Debtor. | ORDER APPOINTING GARDEN CITY GROUP, LLC AS NOTICING AGENT |

Upon the motion (the "Motion")[1] of Kennewick Public Hospital District, a Washington public hospital district (d/b/a Trios Health) (the "District" or "Trios") and the debtor in the above-captioned chapter 9 case (the "Chapter 9 Case"), pursuant to section 156(c) of title 28 of the United States Code, section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), and rule 2002 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), for entry of an order appointing Garden City Group,

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings as ascribed in the Motion.

ORDER APPOINTING GARDEN CITY
GROUP, LLC AS NOTICING AGENT - 1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

51621261.1

17-02025-FPC9    Doc 70    Filed 07/13/17    Entered 07/13/17 15:01:51    Pg 1 of 4

LLC ("GCG") as claims and noticing agent in the District's Chapter 9 Case; and upon the Cudworth Declaration and the Baumgarten Declaration; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion appearing adequate and appropriate under the circumstances; and the Court having found that no other or further notice is needed or necessary; and the Court having reviewed the Motion, the Cudworth Declaration, and the Baumgarten Declaration and having heard statements in support of the Motion at a hearing held before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted in this Order; and it appearing, and the Court having found, that the relief requested in the Motion, to the extent granted in this Order, is in the best interests of the District, its creditors, and other parties in interest; and any objections to the relief requested in the Motion having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** that:

1.  The Motion is GRANTED to the extent set forth in this Order.

2.  Pursuant to section 156(c) of title 28 of the United States Code, section 105(a) of the Bankruptcy Code, and rule 2002 of the Bankruptcy Rules, GCG is authorized and directed to perform noticing services in the Chapter 9 Case,

ORDER APPOINTING GARDEN CITY
GROUP, LLC AS NOTICING AGENT - 2

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400 FAX (206) 447-9700

51621261.1

17-02025-FPC9    Doc 70    Filed 07/13/17    Entered 07/13/17 15:01:51    Pg 2 of 4

and all related tasks, as set forth below and as described in the Motion (the "Noticing Services"):

    a. Prepare and serve required notices and documents in the Chapter 9 Case in accordance with the Bankruptcy Code and the Bankruptcy Rules in the form and manner directed by the District or the Court, including, among others, (i) notice of commencement of this Chapter 9 Case, (ii) notices of objections to claims and objections to transfers of claims, (iii) notices regarding any plan of adjustment filed by the District, (iv) notice of the effective date of any plan of adjustment, and (v) all other notices, orders, pleadings, publications, and other documents as the District or the Court may deem necessary or appropriate for an orderly administration of this Chapter 9 Case.

    b. File with the Office of the Clerk of the United States Bankruptcy Court for the Eastern District of Washington (the "Clerk's Office") an affidavit or certificate of service with respect to each service conducted by GCG, that includes a reference to the notice served and the corresponding docket number, an alphabetical list of all persons to whom it was mailed, and the date and manner of service.

    c. Maintain (i) a list of all potential creditors and other parties-in-interest in this Chapter 9 Case and (ii) the service lists for which the District has requested approval, and update these lists and make them available upon request by a party-in-interest or the Clerk's Office.

    d. Establish a case website with case information, including key dates and service lists, if requested by the District and its counsel.

    e. On the request of the District or the Clerk's Office, provide any other administrative services as are necessary, required, or as the District or the Clerk's Office may deem appropriate for an orderly administration of this Chapter 9 Case.

3. GCG is authorized to take such other action to comply with all duties set forth in this Order.

ORDER APPOINTING GARDEN CITY GROUP, LLC AS NOTICING AGENT - 3

Foster Pepper PLLC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101
Phone (206) 447-4400  Fax (206) 447-9700

51621261.1

17-02025-FPC9    Doc 70    Filed 07/13/17    Entered 07/13/17 15:01:51    Pg 3 of 4

4. The District and GCG are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

5. In the event of any inconsistency between the services agreement between the District and GCG, the Motion, and this Order, the Order shall govern.

6. As soon as practicable, the District shall file a motion with the Court proposing protocols and procedures for use by the Clerk's Office in connection with the filing, receipt, sealing, disclosure, and maintenance of the official register of claims filed by or on behalf of patients or former patients of the District in the Chapter 9 Case.

7. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, enforcement, or interpretation of this Order.

///END OF ORDER///

PRESENTED BY:
FOSTER PEPPER PLLC

By: */s/ Jack Cullen*
    Jack Cullen, WSBA #7330
    Bryan Glover, WSBA #51045
    Andy Morton, WSBA #49467
    Ella Vincent, WSBA #51351
    *Attorneys for Debtor Kennewick*
    *Public Hospital District*

ORDER APPOINTING GARDEN CITY GROUP, LLC AS NOTICING AGENT - 4

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

51621261.1

17-02025-FPC9    Doc 70    Filed 07/13/17    Entered 07/13/17 15:01:51    Pg 4 of 4