Bruce J. Borrus, WSBA No. 11751
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154-1192
(206) 624-3600
bborrus@foxrothschild.com

Honorable Frederick P. Corbit
Hearing Date: September 6, 2017
Hearing Time: 2:00 p.m.
Response Date: August 30, 2017
Chapter 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In re

Kennewick Public Hospital District,

Debtor.

Case No. 17-02025-FPC9

**DECLARATION OF ROBERT NELSON HERB IN SUPPORT OF ADEQUATE PROTECTION**

Robert Nelson Herb declares as follows:

1. I am employed in the capacity of Vice President, Global Asset Manager, Healthcare and Clean Technology Global Business Unit of De Lage Landen Financial Services, the managing member of Philips Medical Capital LLC ("PMC"). I am an authorized agent of PMC. I base this Declaration on my personal knowledge and on records kept in the ordinary course of PMC's business.

2. My responsibilities include management of a $3 billion portfolio of healthcare assets. I develop and implement an asset management strategy that balances income opportunities while responsibly managing asset risk. My responsibilities also include policy development and risk management coordination, oversight and monitoring of all compliance related requirements, and remarketing of assets. I am directly responsible for the asset management function of PMC, which is 60% owned by De Lage Landen Financial Services.

HERB DECLARATION IN SUPPORT OF ADEQUATE
PROTECTION (No. 17-02025) - 1

FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

029725\00048\50581686.v1

17-02025-FPC9    Doc 153    Filed 08/18/17    Entered 08/18/17 13:25:34    Pg 1 of 3

3. I have over twenty years' experience in the equipment leasing industry. My experience in the industry includes asset management, strategic planning, operations and commercial responsibility.

4. I am a frequent speaker to business audiences on topics such as lifecycle asset management, modular equipment design, and sustainability.

5. I earned a Bachelor of Economics degree from Gettysburg College, in Gettysburg, PA.

6. I earned a Masters of Business Administration from La Salle University in Philadelphia, PA.

7. I completed the American Society of Appraisers' Machinery and Equipment Valuation Methodology training course.

8. Attached as Exhibit 1 is a spreadsheet showing the monthly depreciation on the Equipment described in the Security Interest Transactions.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 17th day of August, 2017 at Lake Placid, New York.

Robert Nelson Herb

HERB DECLARATION IN SUPPORT OF ADEQUATE
PROTECTION (No. 17-02025) - 2

029725\00048\50581686.v1

FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

17-02025-FPC9    Doc 153    Filed 08/18/17    Entered 08/18/17 13:25:34    Pg 2 of 3

Exhibit 1
Depreciation

| Sched. No. | Lease Number | Equipment | Booking Date | Original Term | Remaining Term | Monthly Pmt | Total Cost | Useful Life in Years | % Useful Life as of 6/30/17 | In-Place Fair Market Value as of 6/30/17 | Monthly Depreciation over remaining useful life |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 101-10007917 | PHILIPSHEARTSTART MRX / DELL Computer / BIODEXMISC | Apr-13 | 84 | 40 | $ 7,085.90 | $ 380,837.07 | 7 | 52% | $ 199,486.08 | $ 4,987.15 |
| 7 | 101-10016798 | STERIS STERILIZER | Apr-13 | 84 | 43 | $ 1,054.76 | $ 53,016.12 | 8 | 55% | $ 29,269.32 | $ 532.17 |
| 19 | 101-10019581 | PHILIPS INTELLISPACE PORTAL | Dec-13 | 84 | 48 | $ 2,997.66 | $ 159,720.04 | 10 | 60% | $ 95,832.02 | $ 1,140.86 |
| 23 | 101-10019219 | PHILIPSCV UPGRADE to FD-20 | Dec-13 | 84 | 48 | $ 5,356.47 | $ 285,156.20 | 10 | 60% | $ 171,093.72 | $ 2,036.83 |
| 27 | 101-10019633 | Janitor carts / safety cabinets /Sharp commercial Micro / PCI soak station | Dec-13 | 84 | 48 | $ 269.17 | $ 13,994.36 | 12 | 67% | $ 9,329.57 | $ 86.38 |
| 33 | 101-10027410 | Aerospray Lab Scanner / carts, Metro Basix / Clinitek Advantus Urine chem / IV stands | Dec-13 | 84 | 48 | $ 3,181.06 | $ 169,797.69 | 10 | 60% | $ 101,878.61 | $ 1,212.84 |
| 40 | 101-10031927 | OMNICELL PHARMACY | Dec-13 | 84 | 48 | $ 16,817.73 | $ 874,351.29 | 7 | 43% | $ 374,721.98 | $ 7,806.71 |
| 56 | 101-10042324 | Misc. Grainger equipment | Oct-14 | 84 | 58 | $ 169.52 | $ 16,993.94 | 12 | 60% | $ 10,149.16 | $ 86.01 |
| 57 | 101-10042424 | Grosslab workstation with accessories | Oct-14 | 84 | 56 | $ 329.02 | $ 33,987.94 | 15 | 69% | $ 23,413.91 | $ 154.04 |
| 58 | 101-10045928 | PHILIPS BRILLIANCE ICT SP | Jun-14 | 78 | 48 | $ 8,108.14 | $ 437,139.58 | 10 | 60% | $ 262,283.75 | $ 2,914.26 |
| 60 | 101-10046695 | glasses / lab and lead aprons | Oct-14 | 84 | 58 | $ 182.39 | $ 18,283.46 | 15 | 68% | $ 12,392.12 | $ 80.47 |
| 62 | 101-10052112 | 25 KVA UPS | Jun-15 | 84 | 61 | $ 554.96 | $ 60,802.11 | 10 | 49% | $ 29,894.37 | $ 308.19 |
| 63 | 101-10053546 | Medication label printers / smartlift with scale / surg-e-vac digital smoke evacuation sys | May-15 | 84 | 65 | $ 74.37 | $ 8,311.28 | 10 | 46% | $ 3,809.34 | $ 37.72 |
| 67 | 101-10054319 | Olympus BX46 Single head Microscope | Feb-15 | 84 | 62 | $ 90.36 | $ 9,968.82 | 15 | 66% | $ 6,535.12 | $ 41.36 |
| Total | | | | | | | | | | | $ 21,424.99 |

029725\00048\50578022.v2-8/17/17

17-02025-FPC9    Doc 153    Filed 08/18/17    Entered 08/18/17 13:25:34    Pg 3 of 3