**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON**

In re:

Kennewick Public Hospital District,

                Debtor.

Chapter 9

Case No. 17-02025-9

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

    Upon the motion of Susan N. Goodman to be admitted *pro hac vice* to serve as the Patient Care Ombudsman in the above-referenced case and upon the certification that Susan N. Goodman is a member in good standing of the bar of Arizona, it is hereby

    **ORDERED** that Susan N. Goodman is admitted *pro hac vice*, with a waiver of sponsoring counsel, for the limited purpose of representing the interests of patients served by the Debtor and filing those pleadings associated with the Patient Care Ombudsman role.

///END OF ORDER///

1 | PRESENTED BY:

2 | MESCH CLARK ROTHSCHILD

3 |

By: /s/Susan N. Goodman

4 | Susan N. Goodman, RN JD, AZ Bar #019483
*Patient Care Ombudsman*