| | | |
|---|---|---|
| 1 | Katriana L. Samiljan, WSBA #28672<br>James L. Day, WSBA #20474 | HONORABLE FREDERICK P. CORBIT<br>Chapter 9 |
| 2 | Thomas A. Buford, WSBA #52969 | |
| 3 | Bush Kornfeld LLP<br>601 Union Street, Suite 5000 | |
| | Seattle, WA 98101-2373 | |
| 4 | Telephone: (206) 292-2110 | |
| | Facsimile: (206) 292-2104 | |
| 5 | ksamiljan@bskd.com | |
| | jday@bskd.com | |
| 6 | tbuford@bskd.com | |
| 7 | Andrew I. Silfen* | |
| | George P Angelich* | |
| 8 | Mark A. Angelov* | |
| | Jordana P. Renert* | |
| 9 | (*Admitted *Pro Hac Vice*) | |
| | ARENT FOX LLP | |
| 10 | 1675 Broadway | |
| | New York, New York 10019 | |
| 11 | Telephone: (212) 484-3900 | |
| | Facsimile: (212) 484-3990 | |
| 12 | andrew.silfen@arentfox.com | |
| | george.angelich@arentfox.com | |
| 13 | mark.angelov@arentfox.com | |
| | jordana.renert@arentfox.com | |
| 14 | | |
| | Attorneys for the Official Committee of | |
| 15 | Unsecured Creditors of Kennewick Public | |
| | Hospital District | |
| 16 | | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| 19 | In re | No. 17-02025-9 |
| 20 | KENNEWICK PUBLIC HOSPITAL DISTRICT, | ORDER AUTHORIZING EMPLOYMENT OF ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC AS FINANCIAL ADVISOR FOR UNSECURED CREDITORS' COMMITTEE |
| 21 | | |
| | Debtor. | |
| 22 | | |
| 23 | | |

ORDER AUTHORIZING EMPLOYMENT OF ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC AS FINANCIAL ADVISOR FOR UNSECURED CREDITORS' COMMITTEE – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1    THIS MATTER came before the Court at hearings held on December 6, 2017, and January 18, 2018, on the Application of the Official Committee of Creditors of Kennewick Public Hospital District for Order Authorizing Employment and Retention of Alvarez & Marsal Healthcare Industry Group, LLC as Financial Advisors Nunc Pro Tunc to September 25, 2017 (ECF No. 461). The Court has reviewed the files and, for the reasons set forth on the record at the January 18, 2018 hearing, which are incorporated herein pursuant to Bankruptcy Rules 9014(c) and 7052, finds that the application is reasonable and authorized by applicable law.

THEREFORE IT IS ORDERED:

1. The employment of Alvarez & Marsal Healthcare Industry Group, LLC as financial advisor for the Unsecured Creditors' Committee in this bankruptcy is approved effective September 25, 2017; and

2. The amount, priority, and source of compensation of Alvarez & Marsal Healthcare Industry Group, LLC shall be determined by subsequent order of this Court.

3. Subject to further order of this Court, beginning with the month of January 19, 2018 through February 18, 2018 and each month ending the 18th day of every month thereafter, the fees incurred by Alvarez & Marsal Healthcare Industry Group, LLC shall be limited to $20,000 per such month.

4. Subject to further order of this Court, the fees incurred by Alvarez & Marsal Healthcare Industry Group, LLC for the period September 25, 2017 through January 18, 2018 shall be limited to no more than $75,612.90 in the aggregate.

///End of Order///

ORDER AUTHORIZING EMPLOYMENT OF ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC AS FINANCIAL ADVISOR FOR UNSECURED CREDITORS' COMMITTEE – Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2296 20171 ca232r128e
17-02025-FPC9   Doc 688   Filed 01/23/18   Entered 01/23/18 15:15:01   Pg 2 of 3

Presented by:

BUSH KORNFELD LLP

By: /s/ James L. Day
    Katriana L. Samiljan, WSBA #28672
    James L. Day, WSBA #20474
    Thomas A. Buford, WSBA #52969
    Bush Kornfeld LLP
    601 Union Street, Suite 5000
    Seattle, WA 98101-2373
    Telephone: (206) 292-2110
    Facsimile: (206) 292-2104
    ksamiljan@bskd.com
Attorneys for the Official Committee of Unsecured Creditors
of Kennewick Public Hospital District

Approved as to Form;
Notice of Presentation Waived:

FOSTER PEPPER PLLC

By: /s/ Andrew H. Morton
    Jack Cullen, WSBA #7330
    Andrew H. Morton, WSBA #49467
Attorneys for Debtor Kennewick Public Hospital District

ORDER AUTHORIZING EMPLOYMENT OF ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC AS FINANCIAL ADVISOR FOR UNSECURED CREDITORS' COMMITTEE – Page 3

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2296 20171 ca232r128e
17-02025-FPC9    Doc 688    Filed 01/23/18    Entered 01/23/18 15:15:01    Pg 3 of 3