James L. Day, WSBA #20474
Katriana L. Samiljan, WSBA #28672
Thomas Buford, WSBA #52969
Bush Kornfeld LLP
601 Union Street, Suite 5000
Seattle, WA 98101
Telephone: (206)-292-2110
Fascimile: (206)-292-2104
Email: ksamiljan@bskd.com

Andrew I. Silfen (Admitted *Pro Hac Vice*)
George P. Angelich (Admitted *Pro Hac Vice*)
Mark A. Angelov (Admitted *Pro Hac Vice*)
Jordana P. Renert (Admitted *Pro Hac Vice*)
Arent Fox LLP
1675 Broadway
New York, New York 10019 a
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
andrew.silfen@arentfox.com
george.angelich@arentfox.com
mark.angelov@arentfox.com
jordana.renert@arentfox.com

HONORABLE FREDERICK P. CORBIT
Chapter 9
**Hearing Date: February 2, 2018**
**Hearing Time: 1:30 p.m.**
**Objections Due: At the time of hearing**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

KENNEWICK PUBLIC HOSPITAL DISTRICT,

          Debtor.

Bankr. Case No. 17-02025-9

DECLARATION OF KATRIANA L. SAMILJAN

DECLARATION OF KATRIANA L. SAMILJAN – Page 1

Bush Kornfeld LLP
5000 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2296 20171 ca292704kj
17-02025-FPC9    Doc 703    Filed 01/31/18    Entered 01/31/18 17:58:26    Pg 1 of 3

Katriana L. Samiljan declares as follows:

1. I am attorney at law admitted to practice before this Court and am an attorney in the law firm of Bush Kornfeld LLP, 601 Union Street, Suite 5000, Seattle, Washington 98101-2373. I have personal knowledge of the facts set forth herein.

2. On June 30, 2017, the Debtor filed a petition for relief under chapter 9 of the Bankruptcy Code with the United States Bankruptcy Court for the Eastern District of Washington.

3. On September 1, 2017, the United States Trustee filed the *Appointment of Committee of Unsecured Creditors in a Chapter 9 Case* [Docket No. 178]. The Court has authorized the Committee to retain Arent Fox LLP and Bush Kornfeld LLP as its counsel.

4. On November 3, 2017, the Debtor filed a complaint that initiated the above-captioned adversary proceeding.

5. On January 3, 2018, the Committee filed a motion for an order granting the Committee standing to prosecute claims against the University of Puget Sound (the "Initial Standing Motion"). The Standing Motion was initially set for on hearing on January 15, 2018.

6. Prior to filing the Standing Motion, in December 2017, co-counsel for the Committee, Bush Kornfeld, initiated discussions with Debtor's counsel seeking an agreed means for conveying standing to pursue claims against UPS from the Debtor to the Committee.

7. To that end, Bush Kornfeld met with counsel for the Debtor on at least four occasions, including meetings at Foster Pepper's offices on December 19, 2017,

DECLARATION OF KATRIANA L. SAMILJAN – Page 2

Bush Kornfeld LLP
5000 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2296 20171 ca292704kj
17-02025-FPC9    Doc 703    Filed 01/31/18    Entered 01/31/18 17:58:26    Pg 2 of 3

and January 10 and January 16, 2018, and a meeting at Bush Kornfeld's offices on December 27, 2017. In the interim, the Committee filed the Initial Standing Motion as a backstop. However, following the January 10 meeting, Bush Kornfeld agreed to the Debtor's request to continue the hearing on the Initial Standing Motion to February 2, 2018, in order to keep discussions active and allow the parties more time to reach resolution. During this period, and through the weekend of January 27 and 28, 2018, Ms. Samiljan and Mr. Cullen had numerous telephone calls and email exchanges in an effort to obtain the Debtor's agreement to consent to transferring standing to the Committee. Unfortunately, the parties were unable to reach such an agreement.

6. On January 29, 2018, the Committee withdrew the Initial Standing Motion and filed on January 31, 2018, filed a second motion for an order granting the Committee standing to prosecute claims against the University of Puget Sound (the "Second Motion" and, collectively with the Initial Standing Motion, the "Motions"). The Second Motion updates certain factual statements relating to the negotiations amongst the parties but the relief requested remains the same. All parties to this adversary proceeding have been aware of the Committee's arguments since, at latest, January 3, 2018. Therefore, no party will be prejudiced if this matter is heard on February 15, 2018.

7. I declare under penalty of perjury under the laws of the state of Washington that the foregoing information is true and correct.

Dated this 31st day of January, 2018, at Seattle, Washington.

*/s/ Katriana L. Samiljan*
Katriana L. Samiljan

DECLARATION OF KATRIANA L. SAMILJAN – Page 3

BUSH KORNFELD LLP
5000 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2296 20171 ca292704kj
17-02025-FPC9    Doc 703    Filed 01/31/18    Entered 01/31/18 17:58:26    Pg 3 of 3