# EXHIBIT B

The Official Committee of Unsecured Creditors (the "Committee") of Kennewick Public Hospital District (the "Debtor") hereby requests that the Debtor modify the *Disclosure Statement for the Adjustment of Debtors dated April 16, 2018* [Docket No. 793] (as the same may be amended, the "Disclosure Statement") to include more information in the following categories or topics:

**Landlord Plan Settlements**:

- Inadequate information: The Disclosure Statement fails to provide any substantive information related to the Debtor's settlements with the Hospital Lessor or Medical Office Building Lessor.

- Suggested correction:

    ❖ Settlement with the Hospital Lessor

        ▪ Provide numeric valuation of all aspects of the settlement, including but not limited to (1) any and all claims the Hospital Lessor asserts against the Debtor; and (2) the Hospital Related Real Property.

        ▪ Append a copy of any settlement agreement with the Hospital Lessor.

        ▪ Append a copy of the New Hospital Lease.

        ▪ Provide the Debtor's analysis of the validity of the Hospital Lease under Washington state law and the validity of any claims that the Hospital Lessor may have against the Debtor based upon the Hospital Lease.

        ▪ Provide analysis of the claims against the Hospital Lessor referred to in Section 6.3.1(c).

        ▪ Provide justification for the Hospital Lessor Claims being separately classified and the Hospital Lessor being entitled to vote the Hospital Lessor Administrative Claim.

    ❖ Settlement with the Medical Office Building Lessor

        ▪ Provide numeric valuation of all aspects of the settlement, including but not limited to (1) any and all claims the Medical Office Building Lessor asserts against the Debtor; (2) the Medical Office Building Lessor Cure Consideration; and (3) the Medical Office Building Related Real Property.

- Append a copy of any settlement agreement with the Medical Office Building Lessor.

- Provide analysis of the avoidance actions against the Medical Office Building Lessor referred to in Section 9.2.

**Potential Alternative Transaction**

- The Committee has identified Astria Health as a potential purchaser of some or all of the Debtor's assets. Astria Health and its counsel will be present at the May 15, 2018 hearing and prepared to address the Court regarding its potential purchase.