UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| In Re: | Case No. 17-02025-9 |
|---|---|
| Kennewick Public Hospital District,<br><br>                              Debtor. | ORDER (A) SHORTENING TIME TO OBJECT AND<br>(B) SCHEDULING EXPEDITED HEARING REGARDING MOTION FOR ENTRY OF AN ORDER AUTHORIZING SALE OF TRIOS HOME HEALTH CARE ASSETS |

Upon the motion (the "Motion")[1] of Kennewick Public Hospital District, a Washington public hospital district (d/b/a Trios Health) (the "District" or the "Debtor") and the debtor in the above-captioned case (the "Chapter 9 Case"), for entry of an order, pursuant to rule 9006(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and rule 2002-1(c) of the United States

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings as ascribed in the Motion.

ORDER (A) SHORTENING TIME TO OBJECT AND
(B) SCHEDULING EXPEDITED HEARING REGARDING
MOTION FOR ENTRY OF AN ORDER AUTHORIZING
SALE OF TRIOS HOME HEALTH CARE ASSETS - 1

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

17-02025-FPC9    Doc 937    Filed 06/11/18    Entered 06/11/18 16:30:01    Pg 1 of 3

Bankruptcy Court Eastern District of Washington Local Rules (the "Local Rules"), shortening time for filing objections to and scheduling an expedited hearing on the District's *Motion for Entry of an Order Authorizing Sale of Trios Home Health Care Assets Pursuant to 11 U.S.C. § 105(a)* (the "Sale Motion" and, together with the Motion, the "Motions"); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted in this Order; and it appearing, and the Court having found, that (a) good cause exists to shorten time to object to and expedite hearing on the Sale Motion and (b) the relief requested in the Motion is in the best interests of the District, its creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** that:

    1.    The Motion is GRANTED.

    2.    Written objections or responses to the Sale Motion must be filed and served on counsel for the District and the Special Service List on or before

ORDER (A) SHORTENING TIME TO OBJECT AND
(B) SCHEDULING EXPEDITED HEARING REGARDING
MOTION FOR ENTRY OF AN ORDER AUTHORIZING
SALE OF TRIOS HOME HEALTH CARE ASSETS - 2

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400   FAX (206) 447-9700

17-02025-FPC9    Doc 937    Filed 06/11/18    Entered 06/11/18 16:30:01    Pg 2 of 3

June 15, 2018 at 12:00 p.m. (noon) prevailing Pacific Time (the "<u>Objection Deadline</u>").

3. If no written objection is received by the objection Deadline, the Court may grant the relief requested by the Motions without further notice or hearing. In the event an objection is timely filed and served, the District shall contact the Court to arrange and scheduled a telephonic hearing on the Motion(s) subject of the objection.

4. The District is authorized and empowered to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, enforcement, or interpretation of this Order.

///END OF ORDER///

PRESENTED BY:

FOSTER PEPPER PLLC

By: */s/ Jack Cullen*
    Jack Cullen, WSBA #7330
    Andy Morton, WSBA #49467
    *Attorneys for Plaintiff Kennewick Public Hospital District*

ORDER (A) SHORTENING TIME TO OBJECT AND (B) SCHEDULING EXPEDITED HEARING REGARDING MOTION FOR ENTRY OF AN ORDER AUTHORIZING SALE OF TRIOS HOME HEALTH CARE ASSETS - 3

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

17-02025-FPC9    Doc 937    Filed 06/11/18    Entered 06/11/18 16:30:01    Pg 3 of 3