UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| In Re: | Case No. 17-02025-9 |
|---|---|
| Kennewick Public Hospital District, <br><br> Debtor. | ORDER (A) SHORTENING TIME TO OBJECT AND <br> (B) SCHEDULING EXPEDITED HEARING REGARDING MOTION FOR APPROVAL OF STIPULATED ORDER AMENDING AGREED ORDER DETERMINING ADEQUATE ASSURANCE OF PAYMENT AND PROCEDURES FOR FUTURE UTILITY SERVICES FROM BENTON COUNTY PUBLIC UTILITY DISTRICT NO. 1 ENTERED ON JULY 18, 2017 |

Upon the motion (the "Motion")[1] of Kennewick Public Hospital District, a Washington public hospital district (d/b/a Trios Health) (the "District" or the

---
[1] Capitalized terms used but not otherwise defined herein shall have the meanings as ascribed in the Motion.

ORDER SHORTENING TIME REGARDING MOTION FOR APPROVAL OF STIPULATED ORDER AMENDING AGREED ORDER - 1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

53054630.2

17-02025-FPC9    Doc 943    Filed 06/12/18    Entered 06/12/18 13:45:01    Pg 1 of 4

"Debtor") and the debtor in the above-captioned case (the "Chapter 9 Case"), for entry of an order, pursuant to rule 9006(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2002-1(c) of the United States Bankruptcy Court Eastern District of Washington Local Rules (the "Local Rules"), shortening time for filing objections to and scheduling an expedited hearing on the District's Motion for Approval of Stipulated Order Amending Agreed Order Determining Adequate Assurance of Payment and Procedures for Future Utility Services from Benton County Public Utility District No. 1 Entered on July 18, 2017 (the "Stipulation Motion" and, together with the Motion, the "Motions"); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted in this Order; and it appearing, and the Court having found, that (a) good cause exists to shorten time to object to and expedite hearing on the Stipulation Motion and (b) the relief requested in the Motion is in the best interests of the District, its creditors, and other parties in interest; and any objections to the relief requested in the Motion

ORDER SHORTENING TIME REGARDING MOTION FOR APPROVAL OF STIPULATED ORDER AMENDING AGREED ORDER - 2

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400 FAX (206) 447-9700

53054630.2

17-02025-FPC9    Doc 943    Filed 06/12/18    Entered 06/12/18 13:45:01    Pg 2 of 4

having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** that:

1. The Motion is GRANTED.

2. Written objections or responses to the Stipulation Motion must be filed and served on counsel for the District and the Special Service List on or before June 8, 2018 (the "Objection Deadline").

3. If no written objection is received by the Objection Deadline, the Court may grant the relief requested by the Motions without further notice or hearing. In the event an objection is timely filed and served, the District shall contact the Court to arrange and schedule a telephonic hearing on the Motion(s) subject of the objection.

4. The District is authorized and empowered to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, enforcement, or interpretation of this Order.

///END OF ORDER///

ORDER SHORTENING TIME REGARDING MOTION FOR APPROVAL OF STIPULATED ORDER AMENDING AGREED ORDER - 3

53054630.2

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

17-02025-FPC9    Doc 943    Filed 06/12/18    Entered 06/12/18 13:45:01    Pg 3 of 4

1  PRESENTED BY:

2  FOSTER PEPPER PLLC

3

4  By: */s/ Jack Cullen*
      Jack Cullen, WSBA #7330
      Andy Morton, WSBA #49467
5     *Attorneys for Plaintiff Kennewick Public
      Hospital District*

ORDER SHORTENING TIME REGARDING MOTION FOR
APPROVAL OF STIPULATED ORDER <u>AMENDING</u>
AGREED ORDER - 4

53054630.2

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700