UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| In Re: | Case No. 17-02025-9 |
|---|---|
| Kennewick Public Hospital District, <br><br> Debtor. | ORDER (A) DIRECTING MEDIATION AND (B) MODIFYING DISCOVERY SCHEDULE REGARDING PLAN CONFIRMATION |

Following a telephonic status conference held by the Court on June 11, 2018, it is hereby **ORDERED** that:

1. Representatives from each of the Debtor, the Official Committee of Unsecured Creditors (the "Committee"), and RCCH HealthCare Partners ("RCCH" and together with the Committee and RCCH, the "Parties") are authorized and ordered to participate in mediation before the Honorable Judge Steven W. Rhodes (retired) (the "Mediator"). The mediation shall occur on June 14, 2018 at the JAMS office at the 620 8th Ave, New York, New York beginning at 9:00 a.m. prevailing Eastern Time.

ORDER (A) DIRECTING MEDIATION AND
(B) MODIFYING DISCOVERY SCHEDULE
REGARDING PLAN CONFIRMATION - 1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

53078256.1

17-02025-FPC9    Doc 946    Filed 06/13/18    Entered 06/13/18 13:15:02    Pg 1 of 4

2. There shall be an absolute mediation privilege, and all communications made by a Party in connection with the mediation, including discussions or communications with or in the presence of the Mediator, shall be confidential, protected from disclosure to other Parties (except as such Party may agree) and to third parties, and shall not constitute a waiver of any existing privileges and immunities, and shall not be used for any purpose other than the mediation. Submissions by each Party (or any third party participant) to the Mediator, including correspondence, offers or counteroffers made in connection with the mediation, shall not be submitted to the other person or entity without the consent of the submitting Party (or any submitting third party participant). Nothing herein shall restrict any party from providing its own mediation submissions to any other party. For the avoidance of doubt, the Parties shall not disclose to any court, including in any pleading or other submission to any court, any such discussion or communication made in connection with the mediation, unless otherwise available to such Party and not subject to a separate confidentiality agreement or protective order which would prevent its disclosure. All settlement proposals, counterproposals, and offers of compromise made during the mediations sessions (collectively, "<u>Settlement Proposals</u>") shall (a) remain confidential unless the Party making such Settlement Proposal agrees to the disclosure of any such Settlement Proposal, (b) be subject to protection under Rule 408 of the Federal Rules of Evidence, and (c) may not be used in any legal proceeding for any purpose.

ORDER (A) DIRECTING MEDIATION AND
(B) MODIFYING DISCOVERY SCHEDULE
REGARDING PLAN CONFIRMATION - 2

53078256.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

17-02025-FPC9    Doc 946    Filed 06/13/18    Entered 06/13/18 13:15:02    Pg 2 of 4

3. The District shall be responsible for the costs and expenses of the Mediator and JAMS.

4. If upon completion of the mediation, a settlement is reached by the Parties that resolves the Committee's objections [ECF Nos. 881, 923, 924] to confirmation of the Plan, the Confirmation Hearing Date will remain June 20, 2018, at 10:00 a.m., as previously ordered by the Court [ECF No. 875]. Otherwise, if upon completion of the mediation the Committee does not agree to withdraw all of its objections to confirmation of the Plan, the Confirmation Hearing Date will be adjourned to June 28, 2018, at 10:00 a.m. and the deadline to file replies, including the Debtor's Confirmation Brief, in support of confirmation will be June 26, 2018.

5. The Court's (a) *Order Setting Confirmation Discovery Schedule* [ECF No. 903] and (b) *Supplemental Agreed Order Regarding Confirmation Discovery Schedule* [ECF No. 919] are modified to the extent set forth herein.

6. All discovery-related related activities by or between the Committee and any other party or third-party in connection with the above-captioned case are stayed through and including June 17, 2018.

7. The Debtor shall file with the Court and provide the Committee with the Debtor's witness and exhibit list by no later than June 19, 2018.

8. The Committee's depositions of the Debtor previously scheduled to be taken on June 13, 14, or 15, 2018, shall be rescheduled, unless otherwise agreed by both the Debtor and the Committee, to be taken on June 20, 21, or 22.

ORDER (A) DIRECTING MEDIATION AND
(B) MODIFYING DISCOVERY SCHEDULE
REGARDING PLAN CONFIRMATION - 3

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400   FAX (206) 447-9700

53078256.1

17-02025-FPC9    Doc 946    Filed 06/13/18    Entered 06/13/18 13:15:02    Pg 3 of 4

9. The Committee shall file with the Court and provide the Debtor with the Committee's witness and exhibit list by no later than 12:00 p.m. (prevailing Pacific Time) on June 23, 2018.

10. The Debtor and the Committee shall also submit their respective exhibits to be received by the Court no later than June 25, 2018.

11. The Committee may file a supplemental exhibit list by no later than June 25, 2018 for documents identified during any depositions held on June 22, 2018 or documents produced by the Debtor for the first time on June 22 or thereafter.

///END OF ORDER//

PRESENTED BY:

FOSTER PEPPER PLLC

By: */s/ Jack Cullen*
Jack Cullen, WSBA #7330
Andy Morton, WSBA #49467
*Attorneys for Plaintiff Kennewick Public Hospital District*

ORDER (A) DIRECTING MEDIATION AND (B) MODIFYING DISCOVERY SCHEDULE REGARDING PLAN CONFIRMATION - 4

53078256.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

17-02025-FPC9    Doc 946    Filed 06/13/18    Entered 06/13/18 13:15:02    Pg 4 of 4