Steven A. Miller, WSBA# 30388
Mark. D. Northrup WSBA#16947
MILLER NASH GRAHAM & DUNN LLP
2801 Alaskan Way, Suite 300
Seattle, WA 98121-1128
Telephone: (206) 624-8300
Facsimile: (206) 340-9599
Email: mark.northrup@millernash.com
Email: steve.miller@millernash.com
Attorneys for KeyBank, N.A.

Honorable Fred P. Corbit
Chapter 9

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>KENNEWICK PUBLIC HOSPITAL DISTRICT,<br><br>    Debtor. | Case No. 17-02025-FPC9<br><br>REQUEST OF KEYBANK, N.A. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE RENT CLAIM |

## I. Request

Pursuant to Section II.Q (p. 39) of this Court's Order Confirming Fourth Amended Plan of Adjustment Dated June 19, 2018 (Dkt. #985; the "Confirmation Order"), Keene Plaza, LLC ("Keene Plaza"), by its sole member KeyBank National Association, as Trustee ("KeyBank"), requests that the Debtor pay (or that this Court enter an order allowing) Keene's claim for postpetition-pre-rejection lease charges as an administrative priority claim in the amount of $12,516.98 in accordance with the terms of the Plan (or the Court's order).

REQUEST OF KEYBANK, N.A. FOR ALLOWANCE AND
PAYMENT OF ADMINISTRATIVE RENT CLAIM - 1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

4852-4949-7169.1

17-02025-FPC9  Doc 992  Filed 06/25/18  Entered 06/25/18 14:50:14  Pg 1 of 5

This Request is based on the files and records herein; on the Declaration of Debra S. Thomas filed herewith; and on the subjoined Memorandum.

DATED this 25th day of June, 2018.

MILLER NASH GRAHAM & DUNN LLP

*/s/ Mark D. Northrup*
WSBA No. 30388
Mark D. Northrup
WSBA No. 16947
mark.northrup@millernash.com
(206) 624-8300
Attorneys for KeyBank, N.A.

## II. Memorandum

### A. Background

KeyBank National Association, as Trustee, is the sole member of Keene Plaza. In 2016, Keene Plaza purchased the building commonly known as 81-103 Keene Road, Richland, WA 99352 (the "Premises"). As purchaser, Keene Plaza succeeded to the interests of Regional Properties of Washington, LLC and Bloch Keene LLC as prior owners and lessors of the Premises under that certain lease of nonresidential real property dated October 31, 2007 and originally executed by and between Regional Properties of Washington, LLC and the Debtor/Trios Health (the "Lease"). A copy of the Lease, with a clarifying Tenant Estoppel document, is attached as Exhibit A to the Thomas Declaration.

The Lease was rejected by the Court's October 5, 2017 Order Authorizing Debtor's Rejection of Certain Executory Contracts Pursuant to 11 U.S.C. §365(a) (Dkt. #286) (the "Rejection Date"). The Lease (Section 5.1) requires that rent be paid "on or before the first calendar day of each month." The Debtor failed to pay rent, as required by the Lease (as amended), from August 1, 2017 through the

REQUEST OF KEYBANK, N.A. FOR ALLOWANCE AND
PAYMENT OF ADMINISTRATIVE RENT CLAIM - 2

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

4852-0949-7169.1
17-02025-FPC9    Doc 992    Filed 06/25/18    Entered 06/25/18 14:50:14    Pg 2 of 5

Rejection Date. Amounts owing under the Lease for that period are $12,516.98, calculated as follows:

```
Base rent of $3,097.50 for three months (August-October)      $9,292.50
CAM charges of $473.09 for one month (August)                   $473.09
CAM charges of $545.43 for two months (September, October)    $1,636.29
Late fees of $371.70 for three months (August-October)        $1,115.10
                                                       Total $12,516.98
```

*See*, Thomas Declaration filed herewith.

## B. Legal Argument

It is fundamental that Bankruptcy Code §365(d)(3) requires a debtor to "timely perform all the obligations of the debtor…arising from and after the order for relief under any unexpired lease of nonresidential real property until such lease is assumed or rejected, notwithstanding section 503(b)(1) of this title." Consistent with this statutory requirement and Keene Plaza's claim, case law confirms that: a) §365(d)(3) confers "priority payment status to the full amount of rent due under nonresidential leases"; and b) Congress intended "to secure for lessors the full amount of rent due…while the trustee determines to accept or reject the lease, regardless of any benefit to the estate." *In re Pacific-Atlantic Trading Co.*, 27 F.3d 401, 404, 405 (9th Cir. 1994). In addition, Keene Plaza is entitled to a priority claim for all October rent, despite the fact that the Rejection Date was October 5. *See, e.g., In re Leather Factory, Inc.*, 475 B.R. 710, 713 (Bankr. C.D. Cal. 2012) ("the statute is clear and the control of the date of rejection is in the hands of the trustee, not of the landlord"), citing *HA-LO Industries v. Centerpoint Properties Trust*, 342 F.3d 794 (7th Cir. 2003) (debtor required to pay rent for entire month of November, where rent was due on November 1 and the lease rejection occurred on November 2).

REQUEST OF KEYBANK, N.A. FOR ALLOWANCE AND
PAYMENT OF ADMINISTRATIVE RENT CLAIM - 3

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

4852-4949-7169.1

17-02025-FPC9    Doc 992    Filed 06/25/18    Entered 06/25/18 14:50:14    Pg 3 of 5

## C. Conclusion

The Debtor has failed to pay postpetition rent under the Lease from August 1 to the Rejection Date. Keene Plaza is entitled to be paid $12,516.98 in rent for that period.

DATED this 25th day of June, 2018.

MILLER NASH GRAHAM & DUNN LLP

*/s/ Mark D. Northrup*
WSBA No. 30388
Mark D. Northrup
WSBA No. 16947
mark.northrup@millernash.com
(206) 624-8300
Attorneys for KeyBank, N.A.

REQUEST OF KEYBANK, N.A. FOR ALLOWANCE AND
PAYMENT OF ADMINISTRATIVE RENT CLAIM - 4

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

4852-4949-7169.1

17-02025-FPC9    Doc 992    Filed 06/25/18    Entered 06/25/18 14:50:14    Pg 4 of 5

## Certificate of Service

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF System. The NEF for the foregoing specifically identifies recipients of electronic notice.

DATED this 25th day of June, 2018.

/s/ Dona D. Purdy
Legal Assistant

REQUEST OF KEYBANK, N.A. FOR ALLOWANCE AND
PAYMENT OF ADMINISTRATIVE RENT CLAIM - 5

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

4852-4949-7169.1

17-02025-FPC9    Doc 992    Filed 06/25/18    Entered 06/25/18 14:50:14    Pg 5 of 5