Richard B. Herzog (Ga. Bar No. 349508)
Lee B. Hart (Ga. Bar No. 502311)
*Pro Hac Vice*
NELSON MULLINS RILEY & SCARBOROUGH, LLP
201 17th Street, Suite 1700
Atlanta, Georgia 30363
Telephone: (404) 322-60000
Facsimile: (404) 322-6050
Richard.herzog@nelsonmullins.com
Lee.hart@nelsonmullins.com

Kevin D. O'Rourke
SOUTHWELL & O'ROURKE, P.S.
421 W. Riverside Ave.
960 Paulsen Building
Spokane, WA. 99201
Telephone (509) 624-0159
Email:  kevin@southwellorourke.com

*Attorneys for Change Healthcare Technologies, LLC ,
f/k/a McKesson Healthcare Technologies LLC*

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br>**KENNEWICK PUBLIC HOSPITAL DISTRICT,**<br>Debtor. | No.: **17-02025-FPC9**<br>Chapter **9**<br>**CERTIFICATE OF SERVICE** |

The undersigned certifies that I am now and at all times herein mentioned, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

I, TINA WHITED, a Legal Assistant with the law firm of Southwell & O'Rourke, P.S., hereby certify under penalty of perjury under the laws of the State of Washington that on the 4th day of September, 2018, I deposited in the United States first-class mail, postage prepaid, a

Certificate of Service-1

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

true copy of the Objection to Cure Amounts, the original of which has been filed herein, addressed to:

| | |
|---|---|
| Kennewick Public Hospital District (d/b/a Trios Health)<br>900 S. Auburn St.<br>Kennewick, WA 99336 | Jack Cullen<br>Andrew Morton<br>Foster Pepper PLLC<br>1111 Third Avenue, Suite 3000<br>Seattle, WA 98101 |

On 4th day of September, 2018, I electronically filed with the Clerk of Court using the CM/ECF system, which in turn automatically generated a Notice of Electronic Filing ("NEF") to all parties in this case who are registered users of the CM/ECF system, the Objection to Cure Amounts, the original of which has been filed herein.

The NEF for the foregoing document(s) specifically identifies the recipients of electronic notice as follows:

- Mark A Angelov    mark.angelov@arentfox.com, george.angelich@arentfox.com;jordana.renert@arentfox.com
- Bruce J Borrus    bborrus@foxrothschild.com, vmagda@foxrothschild.com;MSweet@foxrothschild.com;swillis@foxrothschild.com
- Thomas A Buford    tbuford@bskd.com, psutton@bskd.com,vbraxton@bskd.com,mbeck@bskd.com
- Clayton W Cook-Mowery    Clay@quirogalawoffice.com, hector@quirogalawoffice.com;quirogalawbk@gmail.com;cookmowe@gmail.com;quirogahr77949@notify.bestcase.com
- Jack Cullen    jc@foster.com, sandra.lonon@foster.com;litdocket@foster.com
- Douglas P Cushing    doug.cushing@jordanramis.com, litparalegal@jordanramis.com
- Debra A Dandeneau    Debra.Dandeneau@bakermckenzie.com, lori.seavey@bakermckenzie.com;edward.wu@bakermckenzie.com
- William E Davis    daviswe@tricitylaw.com
- James L Day    jday@bskd.com, psutton@bskd.com;vbraxton@bskd.com;mbeck@bskd.com
- Lauren A Dorsett    laurendorsett@dwt.com, elainehuckabee@dwt.com,seadocket@dwt.com
- Bradley R Duncan    bradley.duncan@hcmp.com, bankruptcy@hcmp.com,tracy.yi@hcmp.com,bkp@hcmp.com

Certificate of Service-2

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

- Bradley R Duncan    bradley.duncan@hcmp.com,andrew.silfen@arentfox.com,george.angelich@arentfox.com,mark.angelov@arentfox.com,jordana.renert@arentfox.com,Lisa.Indelicato@arentfox.com, bankruptcy@hcmp.com,tracy.yi@hcmp.com,bkp@hcmp.com
- Gary W Dyer    Gary.W.Dyer@usdoj.gov
- Gary W Dyer^    Gary.W.Dyer@usdoj.gov
- Katherine A Elsaesser    katie@eaidaho.com, ford@eaidaho.com;ltroudt@eaidaho.com;baafiling@eaidaho.com
- Michael M Feinberg    mfeinberg@karrtuttle.com, rmoreau@karrtuttle.com;mmunhall@karrtuttle.com
- Carson R Flora    Carsonf@seiu1199nw.org, shepner@levyratner.com
- Jeffrey K Garfinkle    jgarfinkle@buchalter.com, dcyrankowski@buchalter.com
- Daniel J Gibbons    djg@witherspoonkelley.com, leer@witherspoonkelley.com
- Bryan T Glover    bryan.glover@foster.com, Sandra.lonon@foster.com,litdocket@foster.com
- Susan N Goodman    sgoodman@mcrazlaw.com, doesterle@mcrazlaw.com,ecfbk@mcrazlaw.com
- William L Hames    billh@hawlaw.com, mecqueh@hawlaw.com,juliem@hawlaw.com,frontdesk@hawlaw.com,carmenb@hawlaw.com
- Richard J Hyatt    hyatt@ryanlaw.com
- Bruce P Kriegman    bkriegman@kriegmanlaw.com, sblan@kriegmanlaw.com
- Bruce W Leaverton    leavertonb@karrtuttle.com, mhernandez@karrtuttle.com;mmunhall@karrtuttle.com
- Ian Ledlin    ian@spokelaw.com, angie@spokelaw.com
- William F Malaier    wmalaier@omwlaw.com, nhill@omwlaw.com
- Christopher S Marks    cmarks@tktrial.com, seattle.asbestos@tktrial.com
- Hugh R McCullough    hughmccullough@dwt.com, elainehuckabee@dwt.com;seadocket@dwt.com
- Adrienne G McKelvey    adrienne.mckelvey@foster.com, jan.howell@foster.com,litdocket@foster.com,adrienne.mckelvey@polsinelli.com
- Robert McMillen^    carla@tmc.law, robert@tmc.law
- Daniel R Merkle    danm@msfseattle.com
- Kenneth A Miller    kmiller@mmclegal.net, jraschko@mmclegal.net,lkrause@mmclegal.net
- Andrew H Morton    andrew.morton@foster.com, sandra.lonon@foster.com,litdocket@foster.com
- Zachary Mosner    bcumosner@atg.wa.gov,rustyf@atg.wa.gov
- John D Munding    John@mundinglaw.com, WA28@ecfcbis.com;karen@mundinglaw.com;mmstedman@msn.com;LMeany@mundinglaw.com
- John D Munding    John@Mundinglaw.com, ashley@mundinglaw.com;Karen@mundinglaw.com
- Mark Northrup    mark.northrup@millernash.com, dona.purdy@millernash.com
- Kevin ORourke    kevin@southwellorourke.com, tina@southwellorourke.com
- Pamela A Palmer    ppalmer@clarkhill.com

Certificate of Service-3

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

- James D Perkins    james.perkins@usdoj.gov
- Danial D Pharris    pharris@lasher.com, ullom@lasher.com
- Ragan L Powers    raganpowers@dwt.com, gailkataoka@dwt.com;naraneves@dwt.com;SEADocket@dwt.com
- Benjamin M Raisio    benjamin.raisio@choosegcg.com, pacerteam@choosegcg.com
- Shelley N Ripley    snr@witherspoonkelley.com, kelleyf@witherspoonkelley.com
- Charles C Robinson    crobinson@gsblaw.com, dbarrientes@gsblaw.com
- Scott E Rodgers    scott@rihr-law.com
- Norma Rodriguez    Norma@Rodriguezlawwa.com,Norma@Rihr-law.com, dhanson@rodriguezlawwa.com
- Katriana L Samiljan    ksamiljan@bskd.com, psutton@bskd.com;vbraxton@bskd.com;mbeck@bskd.com;tbuford@bskd.com
- Katriana L Samiljan ksamiljan@bskd.com,andrew.silfen@arentfox.com,george.angelich@arentfox.com, mark.angelov@arentfox.com,jordana.renert@arentfox.com,Phillip.Khezri@arentfox.com, psutton@bskd.com;vbraxton@bskd.com;mbeck@bskd.com;tbuford@bskd.com
- James P Savitt    jsavitt@sbwllp.com, eservice@sbwllp.com
- James P Savitt    jsavitt@sbwllp.com,myanick@sbwllp.com, eservice@sbwllp.com
- Michael M Sperry    michaels@schweetlaw.com, maureenf@schweetlaw.com
- David C Tingstad    davidt@beresfordlaw.com
- J. Todd Tracy    todd@thetracylawgroup.com, ecf@thetracylawgroup.com
- US Trustee    USTP.REGION18.SP.ECF@usdoj.gov
- Eleanor J Vincent    ella.vincent@foster.com, jill.miller@foster.com,litdocket@foster.com
- Dina L Yunker Frank    BCUYunker@atg.wa.gov, dinay@ATG.WA.GOV
- James B Zack    , jobityt@lanepowell.com;stevensk@lanepowell.com;Docketing-SEA@LanePowell.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Spokane, Washington this 4th day of September, 2018.

/s/ Tina Whited
TINA WHITED, Legal Assistant

Certificate of Service-4

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159