| | |
|---|---|
| James L. Day, WSBA #20474<br>Thomas A. Buford, WSBA #52969<br>Bush Kornfeld LLP<br>601 Union Street, Suite 5000<br>Seattle, WA 98101-2373<br>Telephone: (206) 292-2110<br>Facsimile: (206) 292-2104<br>jday@bskd.com<br>tbuford@bskd.com<br><br>Narendra Ganti, Trust Administrator<br>of the Kennewick Liquidation Trust | HONORABLE FREDERICK P. CORBIT<br>Chapter 9<br><br>HEARING DATE: THURS., MARCH 7, 2019<br>HEARING TIME: 2:00 P.M.<br>LOCATION: 904 W. RIVERSIDE, 3RD FLOOR<br>RESPONSE DATE: THURS., FEBRUARY 28, 2019 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>KENNEWICK PUBLIC HOSPITAL DISTRICT,<br><br>                Debtor. | No. 17-2025<br><br>OMNIBUS OBJECTION TO CLAIMS AND NOTICE OF HEARING |

```
TO:              ABILITY NETWORK
                 AGILENT TECHNOLOGIES, INC.
                 ALATTAR, FADI
                 COFFEY COMMUNICATIONS
                 DEPUY ORTHOPAEDICS, INC.
                 DEPUY SPINE – JOHNSON & JOHNSON
                 DEPUY SYTHES SALESS, INC.
                 FEDEX CORPORATE SERVICES, INC.
                 MANSOUR, MOUHAMAD
                 MANSOUR, MOUHAMAD
                 ORTHOFIX INC.
                 PSS UROLOGY, INC.
                 SEIU 1199NW HEALTHCARE
                 TRYON CLEAR VIEW GROUP, LLC
AND TO:          THE CLERK OF THE COURT
AND TO:          THE HONORABLE FREDERICK P. CORBIT
HEARING DATE:    THURSDAY MARCH 7, 2019
HEARING TIME:    2:00 P.M.
RESPONSE DUE:    THURSDAY, FEBRUARY 28, 2019
```

OMNIBUS OBJECTION TO CLAIM AND NOTICE OF
HEARING – Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2339 20181 da3058121v

17-02025-FPC9   Doc 1090   Filed 01/30/19   Entered 01/30/19 16:55:15   Pg 1 of 5

LOCATION: 904 W. RIVERSIDE AVENUE, 3RD FLOOR COURTROOM, SPOKANE, WASHINGTON 99201

Narendra Ganti, solely in his capacity as the Trust Administrator of the Kennewick Liquidation Trust, has filed an objection to your claim in this bankruptcy case.

Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, then you or your attorney must file with the Court and or before <u>February 28, 2019</u> a written response to the objection, explaining your position.

If your written response is mailed to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above; mail to the following address:

U.S. Bankruptcy Court Clerk, Room 304, 904 W. Riverside Avenue, Spokane, WA 99201.

The above-named creditor/claimant's claim(s) is objected to upon the grounds indicated below:

## **OBJECTION TO CLAIM**

Narendra Ganti, solely in his capacity as the Trust Administrator of the Kennewick Liquidation Trust objects to claims as detailed below and states:

1. Mr. Ganti files this objection pursuant to Fed. R. Bankr. P. 3007.

2. On July 27, 2017, the Court entered an order at Docket Entry No. 104, which established December 27, 2017, as the final date by which creditors must file general unsecured claims.

3. On June 20, 2018, the Court entered an order at Docket Entry No 981, which confirmed the Debtor's Fourth Amended Plan. On Page 31 of the Court's order, the Court established that a claim for damages related to a rejection of an executory contract must be filed on or before thirty days after the effective date of the plan. On

OMNIBUS OBJECTION TO CLAIM AND NOTICE OF
HEARING – Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2339 20181 da3058121y

17-02025-FPC9    Doc 1090    Filed 01/30/19    Entered 01/30/19 16:55:15    Pg 2 of 5

August 3, 2018, the Debtor filed a notice that the plan became effective on that date. Docket Entry No. 1,023. Therefore, a claim for damages related to a rejection of an executory contract was required to be filed on or before September 2, 2018.

3. Mr. Ganti objects to the following claims on the following grounds:

| Claimant | Basis for Claim | Amount of Claim | Basis for Objection |
|---|---|---|---|
| Ability Network | Proof of Claim No. 228 | $1,536.00 | Untimely. Claim filed on January 8, 2018. |
| Agilent Technologies, Inc. | Proof of Claim No. 229 | $22,382.36 | Untimely. Claim filed on January 30, 2018. |
| Alattar, Fadi | Proof of Claim No. 170 | Unknown | This claim has been satisfied during the course of this case. |
| Coffey Communications | Proof of Claim No. 242 | $15,000.00 | Untimely lease rejection claim. Claim filed October 12, 2018. |
| DePuy Orthopaedics, Inc. | Listed by the Debtor (Docket Entry No. 93, Page 12) | $396,094.60 | Duplicated by Claim Number 202 |
| DePuy Spine – Johnson & Johnson | Listed by the Debtor (Docket Entry No. 93, Page 12) | $71,886.75 | Duplicated by Claim Number 202 |
| DePuy Sythes Saless, Inc. | Listed by the Debtor (Docket Entry No. 93, Page 12) | $113,406.31 | Duplicated by Claim Number 202 |
| FedEx Corporate Services, Inc. | Proof of Claim No. 236 | $11,101.85 | Untimely. Claim filed on July 2, 2018. |

OMNIBUS OBJECTION TO CLAIM AND NOTICE OF HEARING – Page 3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2339 20181 da3058121v

17-02025-FPC9    Doc 1090    Filed 01/30/19    Entered 01/30/19 16:55:15    Pg 3 of 5

| Claimant | Basis for Claim | Amount of Claim | Basis for Objection |
|---|---|---|---|
| Mansour, Mouhamad | Proof of Claim No. 171 | Unknown | This claim has been satisfied during the course of this case. |
| Mansour, Mouhamad | Proof of Claim No. 177 | Unknown | This claim has been satisfied during the course of this case. Additionally, it duplicates Proof of Claim No. 171. |
| Orthofix Inc. | Proof of Claim No. 231 | $3,800.00 | Untimely. Claim filed on April 17, 2018. |
| PSS Urology, Inc. | Proof of Claim No. 241 | $17,496.39 | Untimely. Claim filed on September 4, 2018. |
| SEIU 1199NW Healthcare | Proof of Claim No. 216 | Unknown | This claim has been satisfied during the course of this case. |
| Tryon Clear View Group, LLC | Proof of Claim No. 230 | $36,614.00 | Untimely. Claim filed on February 8, 2018. Further, there are no documents to support the claimed amount. |

Therefore, the Trustee objects to the Claims listed above and requests disallowance of the same.

DATED this 30th day of January, 2019.

BUSH KORNFELD LLP

By  /s/ Thomas A. Buford
    Thomas A. Buford, WSBA #52969
    James L. Day, WSBA #20474

OMNIBUS OBJECTION TO CLAIM AND NOTICE OF HEARING – Page 4

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2339 20181 da3058121y
17-02025-FPC9    Doc 1090    Filed 01/30/19    Entered 01/30/19 16:55:15    Pg 4 of 5

| | |
|---|---|
| 1 | Bush Kornfeld LLP |
| 2 | 601 Union Street, Suite 5000 |
| | Seattle, WA 98101-2373 |
| | Telephone: (206) 292-2110 |
| 3 | Facsimile: (206) 292-2104 |
| | jday@bskd.com |
| 4 | tburford@bskd.com |

Bush Kornfeld LLP
601 Union Street, Suite 5000
Seattle, WA 98101-2373
Telephone: (206) 292-2110
Facsimile: (206) 292-2104
jday@bskd.com
tbuford@bskd.com
Attorneys for Narendra Ganti, Trust Administrator of the Kennewick Liquidation Trust

OMNIBUS OBJECTION TO CLAIM AND NOTICE OF
HEARING – Page 5

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2339 20181 da3058121y
17-02025-FPC9    Doc 1090    Filed 01/30/19    Entered 01/30/19 16:55:15    Pg 5 of 5