UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re

KENNEWICK PUBLIC HOSPITAL DISTRICT,

Debtor.

No. 17-2025

ORDER RESOLVING OMNIBUS OBJECTION TO CLAIMS

THIS MATTER came before the Court on the Kennewick Liquidation Trust's ("Trust") Omnibus Objection to Claims (Docket No. 1090, the "Objection"). The Court, having reviewed the files and records herein, and deeming itself fully advised, and finding and concluding that notice hereof is not necessary under the circumstances, and good cause having been shown for the relief requested, now, therefore, it is hereby

ORDERED as follows:

1. The Trust withdraws its objection to the claim of PSS Urology, Inc. (Claim No. 241) and that claim is allowed as filed;

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2. Claim No. 202, filed by Johnson & Johnson Health Care Systems, Inc., is allowed; and

3. The balance of the Objection is granted and the following claims are disallowed:

| Claim No. | Claimant |
| --- | --- |
| 170 | Alattar, Fadi |
| 171 | Mansour, Mouhamad |
| 177 | Mansour, Mouhamad |
| 216 | SEIU 1199NW Healthcare |
| 228 | Ability Network |
| 229 | Agilent Technologies, Inc. |
| 230 | Tryon Clear View Group, LLC |
| 231 | Orthofix Inc. |
| 242 | Coffey Communications |
| 236 | FedEx Corporate Services, Inc. |
| None - Listed by the Debtor (Docket Entry No. 93, Page 12) | DePuy Orthopaedics, Inc. |
| None - Listed by the Debtor (Docket Entry No. 93, Page 12) | DePuy Spine – Johnson & Johnson |
| None - Listed by the Debtor (Docket Entry No. 93, Page 12) | DePuy Sythes Saless, Inc. |

//END OF ORDER//

Presented by:

BUSH KORNFELD LLP

By     /s/ Thomas A. Buford
  Thomas A. Buford, WSBA #52969
  James L. Day, WSBA #20474
Bush Kornfeld LLP
601 Union Street, Suite 5000
Seattle, WA 98101-2373

ORDER RESOLVING OMNIBUS
OBJECTION TO CLAIMS – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2339 20181 db26ch046h

17-02025-FPC9    Doc 1144    Filed 03/05/19    Entered 03/05/19 10:40:02    Pg 2 of 3

1  Telephone: (206) 292-2110
   Facsimile: (206) 292-2104
2  jday@bskd.com
   tbuford@bskd.com
3  Attorneys for Narendra Ganti,
   Trust Administrator of the
4  Kennewick Liquidation Trust

ORDER RESOLVING OMNIBUS
OBJECTION TO CLAIMS – Page 3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104