James L. Day, WSBA #20474
Thomas A. Buford, WSBA #52969
Bush Kornfeld LLP
601 Union Street, Suite 5000
Seattle, WA 98101-2373
Telephone: (206) 292-2110
Facsimile: (206) 292-2104
jday@bskd.com
tbuford@bskd.com

Attorneys for the Kennewick
Liquidation Trust

HONORABLE FREDERICK P. CORBIT
Chapter 9

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | No. 17-02025-9 |
| KENNEWICK PUBLIC HOSPITAL DISTRICT, | CERTIFICATE OF SERVICE |
| Debtor. | |

VIVIAN BRAXTON declares:

1.      I am an employee of Bush Kornfeld LLP, counsel for the Kennewick Liquidation Trust. I am a citizen of the United States, over the age of 18, and competent to make this statement.

2.      On April 17, 2019, I electronically filed:

a.      Reply of Kennewick Liquidation Trust to Reorganized Debtor's Objection to Trust's Motion to Compel (Dkt. 1253); and

CERTIFICATE OF SERVICE – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2339 20181 dd18cj13ge

1          b.      Declaration of James L. Day in Support of Reply of Kennewick

2                 Liquidation Trust to Debtor's Objection to Trust's Motion to

3                 Compel (Dkt. 1254);

4 with the Clerk of the Court (using the CM/ECF System). It is my understanding that

5 the CM/ECF System sent notification of these filings to all parties listed in this case to

6 receive notice electronically.

7      I declare under penalty of perjury under the laws of the state of Washington that

8 the foregoing information is true and correct.

9      DATED this 18th date of April 2019, at Seattle Washington.

10

11                             /s/ Vivian Braxton
                            VIVIAN BRAXTON

12                             Bush Kornfeld LLP
                            601 Union Street, Suite 5000

13                             Seattle, WA 98101-2373
                            (206) 292-2110

14                             vbraxton@bskd.com

15

16

17

18

19

20

21

22

23

CERTIFICATE OF SERVICE – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2339 20181 dd18cj13ge